Paul P. Eyre
Tracy L. Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
peyre@bakerlaw.com
tcole@bakerlaw.com

Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
evargo@bakerlaw.com
mmumford@bakerlaw.com
emurdockpark@bakerlaw.com

*Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

[Additional Defendants and Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-6241-SI (N.D. Cal.) | Case No. 3:11-cv-6241-SI (N.D. Cal.)<br><br>Master File No. 3:07-md-01827-SI |
| CompuCom Systems, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>AU Optronics Corporation, et al.,<br><br>    Defendants. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPUCOM SYSTEM, INC.'S FIRST AMENDED COMPLAINT**<br><br>**Clerk's Action Required** |

STIPULATION OF EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER COMPUCOM'S FIRST
AMENDED COMPLAINT

CASE NO. 3:11-CV-06241-SI
MDL FILE NO. 3:07-MD-01827-SI

1    WHEREAS, on May 8, 2012, plaintiff CompuCom Systems, Inc. ("Plaintiff") filed a First
2 Amended Complaint (the "FAC") in the above-captioned action against the following defendants,
3 among others: AU Optronics Corporation; AU Optronics Corporation America; Chi Mei
4 Optoelectronics Corporation (n/k/a Chimei Innolux Corporation); Chi Mei Optoelectronics USA,
5 Inc.; CMO Japan Co., Ltd.; Chunghwa Picture Tubes, Ltd.; Epson Electronics America, Inc.;
6 Epson Imaging Devices Corporation; HannStar Display Corporation; Hitachi, Ltd.; Hitachi
7 Electronic Devices (USA), Inc.; Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); LG
8 Display Co., Ltd.; LG Display America, Inc.; Mitsui & Co. (Taiwan), Ltd.; Mitsui & Co.
9 (U.S.A.), Inc.; NEC Corporation, NEC LCD Technologies, Ltd., NEC Corporation of America,
10 NEC Display Solutions of America, Inc., NEC Electronics America, Inc. (collectively, the "NEC
11 Defendants"); Sanyo Consumer Electronics Co., Ltd.; Sharp Corporation; Sharp Electronics
12 Corporation; Toshiba America Electronic Components, Inc.; Toshiba America Information
13 Systems, Inc.; Toshiba Corporation; and Toshiba Mobile Display Technology Co., Ltd.,
14 (collectively, the "Stipulating CompuCom Defendants").

15    WHEREAS, the Stipulating CompuCom Defendants filed a Joint Motion to Dismiss the
16 FAC (MDL Dkt. No. 6108), which was granted in part on August 21, 2012 (MDL Dkt. No.
17 6506);

18    WHEREAS the NEC Defendants separately filed a Motion to Dismiss the FAC (MDL
19 Dkt. No. 6114), which was granted in part on August 21, 2012 (MDL Dkt. No. 6506);

20    WHEREAS, all of the Stipulating CompuCom Defendants desire a reasonable amount of
21 time to respond to Plaintiff's FAC; and

22    WHEREAS, the parties believe that proceeding on a unified response date will create
23 efficiency for the Court and the parties.

24    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
25 Plaintiff and the Stipulating CompuCom Defendants, through their respective counsel, that the
26 Stipulating CompuCom Defendants' deadline to answer the FAC will be October 12, 2012.

27 **IT IS SO STIPULATED.**

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

| | | |
|---|---|---|
| 1 | Dated: August 29, 2012 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | By: /s/ Erin K. Murdock-Park |
| 4 | | Erin K. Murdock-Park |
| 5 | | Paul P. Eyre |
| | | Tracy L. Cole |
| 6 | | BAKER & HOSTETLER LLP |
| | | 45 Rockefeller Plaza |
| 7 | | New York, NY 10111 |
| | | Telephone: (212) 589-4210 |
| 8 | | Facsimile: (212) 589-4201 |
| | | peyre@bakerlaw.com |
| 9 | | tcole@bakerlaw.com |
| 10 | | Ernest E. Vargo |
| | | Michael E. Mumford |
| 11 | | Erin K. Murdock-Park |
| | | BAKER & HOSTETLER LLP |
| 12 | | PNC Center |
| | | 1900 East Ninth Street, Suite 3200 |
| 13 | | Cleveland, OH 44114-3482 |
| | | Telephone: (216) 621-0200 |
| 14 | | Facsimile: (216) 696-0740 |
| | | evargo@bakerlaw.com |
| 15 | | mmumford@bakerlaw.com |
| | | emurdockpark@bakerlaw.com |
| 16 | | |
| 17 | | *Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.* |
| 18 | | *Also on behalf of AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation (n/k/a Chimei Innolux Corporation), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Chunghwa Picture Tubes, Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); LG Display Co., Ltd., LG Display America, Inc., NEC Corporation, NEC LCD Technologies, Ltd., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation,* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

STIPULATION OF EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER COMPUCOM'S FIRST     2
AMENDED COMPLAINT

CASE NO. 3:11-CV-06241-SI
MDL FILE NO. 3:07-MD-01827-SI

| | |
|---|---|
| 1 | *Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display Technology Co., Ltd.* |
| 2 | |
| 3 | |
| 4 | |
| 5 | By: /s/ Philip J. Iovieno |
| | Philip J. Iovieno |
| 6 | Anne Nardacci |
| | Luke Nikas |
| 7 | Christopher Fenlon |
| | BOIES, SCHILLER & FLEXNER LLP |
| 8 | 10 North Pearl Street, 4th Floor |
| | Albany, NY 12207 |
| 9 | (518) 434-0600 (Phone) |
| | (518) 434-0665 (Facsimile) |
| 10 | *piovieno@bsfllp.com* |
| 11 | *Counsel for Plaintiff CompuCom Systems, Inc.* |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

STIPULATION OF EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER COMPUCOM'S FIRST
AMENDED COMPLAINT

3

CASE NO. 3:11-CV-06241-SI
MDL FILE NO. 3:07-MD-01827-SI

**FILER'S ATTESTATION**

I, Erin K. Murdock-Park, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ Erin K. Murdock-Park
Erin K. Murdock-Park

*One of the Attorneys for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPUCOM'S FIRST AMENDED COMPLAINT

4

CASE NO. 3:11-CV-06241-SI
MDL FILE NO. 3:07-MD-01827-SI

1 **[PROPOSED] ORDER**

2 IT IS SO ORDERED.

3 DATED this  29  day of  August , 2012 .

By: _____
Hon. SUSAN ILLSTON

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND