William A. Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
         mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
         anardacci@bsfllp.com
         lnikas@bsfllp.com
         cfenlon@bsfllp.com

Counsel for Plaintiffs

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| This Document Relates To: | |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI | Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |
| *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI | |
| *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI | |

1  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI
2
3  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-6241-SI
4
5  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Direct Action Plaintiffs Office Depot, Inc.; Interbond Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; CompuCom Systems, Inc.; MetroPCS Wireless, Inc.; and NECO Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively, "AU Optronics" and together with Direct Action Plaintiffs, the "Parties") stipulate as follows:

WHEREAS the Parties have previously stipulated to, and the Court has approved, the extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. 7665) ("Track 2 Scheduling Stipulation");

WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to May 17, 2013;

WHEREAS on February 22, 2013, Direct Action Plaintiffs served their First Set of Requests for Admission and First Set of Interrogatories to AU Optronics (the "DAP Discovery");

WHEREAS AU Optronics' responses to the DAP Discovery were due on March 28, 2013;

WHEREAS Direct Action Plaintiffs agreed to extend AU Optronics' time to respond to the DAP Discovery to April 18;

WHEREAS, the Parties have met and conferred regarding AU Optronics' responses to the DAP Discovery before the close of fact discovery;

WHEREAS additional time is needed to meet and confer regarding AU Optronics' responses to the DAP Discovery;

WHEREAS on April 12, 2013 AU Optronics served Defendant AU Optronics Corporation's First Set of Requests for Admission to Direct Action Plaintiffs; Defendant AU Optronics Corporation's First Set of Interrogatories to Direct Action Plaintiffs; and Defendant AU Optronics Corporation's First Set of Requests for Production to Direct Action Plaintiffs (the "AUO Discovery");

WHEREAS Direct Action Plaintiffs timely served responses to the AUO Discovery on

May 15, 2013;

WHEREAS AU Optronics has requested additional time to meet and confer regarding Direct Action Plaintiffs' responses to the AUO Discovery; and

NOW, THEREFORE, the Parties stipulate and agree as follows:

The period for AU Optronics and Direct Action Plaintiffs to meet and confer regarding their responses to the DAP Discovery and the AUO Discovery, respectively, and/or for any party to file a motion to compel regarding the DAP Discovery and/or the AUO Discovery is extended to June 24, 2013.

**IT IS SO STIPULATED.**

DATED: May 24 , 2013              */s/ Philip J. Iovieno*

William A. Isaacson
Melissa Felder
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
　　　　mfelder@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
Luke Nikas
Christopher V. Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
　　　　anardacci@bsfllp.com
　　　　lnikas@bsfllp.com
　　　　cfenlon@bsfllp.com

*Counsel for Plaintiffs Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; CompuCom Systems, Inc.; MetroPCS Wireless, Inc.; and NECO Alliance LLC*

|   |   |
|---|---|
| 1 | /s/ Stuart H. Singer |
|   | Stuart H. Singer |
| 2 | Meredith Schultz |
|   | BOIES, SCHILLER, & FLEXNER LLP |
| 3 | 401 East Las Olas Boulevard, Suite 1200 |
|   | Fort Lauderdale, Florida 33301 |
| 4 | Telephone: (954) 356-0011 |
|   | Facsimile: (954) 356-0022 |
| 5 | Email: ssinger@bsfllp.com |
|   |         mschultz@bsfllp.com |

*Counsel for Plaintiffs Office Depot, Inc.*

            */s/ Carl L. Blumenstein*
Carl. L. Blumenstein
Farschad Farzan
Natasha A. Saggar Sheth
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: 415-398-3600
Facsimile: 415-398-2438
E-mail: cblumenstein@nossaman.com
        ffarzan@nossaman.com
        nsaggarsheth@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

1   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of
2   this document has been obtained from stipulating defendants.
3   **IT IS SO ORDERED.**
4
5   Dated: __6/4_____, 2013
6
7   _____
8   Susan Illston, United States District Judge