1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| This Document Relates To: | |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI | Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI; |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI | |
| *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |
| *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI | |
| *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI | |
| *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI | |
| *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-6241-SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI

Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties") stipulate as follows:

WHEREAS the Parties have previously stipulated to, and the Court has approved, the extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. 7665) ("Track 2 Scheduling Stipulation");

WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to May 17, 2013;

WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the "Discovery");

WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei Defendants' responses to the Discovery;

WHEREAS the Parties previously stipulated to extend the period to meet and confer regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June 7, 2013;

WHEREAS additional time is needed to meet and confer regarding Chi Mei Defendants' responses to the Discovery;

NOW, THEREFORE, the Parties stipulate and agree as follows:

The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

1    to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is

2    extended to June 21, 2013.

3

4

5    **IT IS SO STIPULATED.**

6

      DATED:  June 6, 2013                  _____/s/ Philip J. Iovieno_____

7

8                                           William A. Isaacson
                                            Melissa Felder
9                                           BOIES, SCHILLER & FLEXNER LLP
                                            5301 Wisconsin Ave. NW, Suite 800
10                                          Washington, D.C.  20015
                                            Telephone:  (202) 237-2727
11                                          Facsimile:   (202) 237-6131
                                            Email:  wisaacson@bsfllp.com
12                                                     mfelder@bsfllp.com

13                                          Philip J. Iovieno
                                            Anne M. Nardacci
14                                          Luke Nikas
                                            Christopher V. Fenlon
15                                          BOIES, SCHILLER & FLEXNER LLP
                                            10 North Pearl Street, 4th Floor
16                                          Albany, NY  12207
                                            Telephone:  (518) 434-0600
17                                          Facsimile:   (518) 434-0665
                                            Email: piovieno@bsfllp.com
18                                                     anardacci@bsfllp.com
                                                       lnikas@bsfllp.com
19                                                     cfenlon@bsfllp.com

20                                          *Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office
                                            Depot, Inc.; Interbond Corp. of America; Schultze Agency
21                                          Services, LLC; P.C. Richard & Son Long Island
                                            Corporation; MARTA Cooperative of America, Inc.; ABC
22                                          Appliance Inc.; Tech Data Corp. and Tech Data Product
                                            Management, Inc.; The AASI Creditor Liquidating Trust;
23                                          CompuCom Systems, Inc.; and NECO Alliance LLC*

24

25

26

27

28

1

2
                                        /s/ Stuart H. Singer
                                        Stuart H. Singer
3                                       Meredith Schultz
                                        BOIES, SCHILLER, & FLEXNER LLP
                                        401 East Las Olas Boulevard, Suite 1200
4                                       Fort Lauderdale, Florida 33301
                                        Telephone: (954) 356-0011
5                                       Facsimile: (954) 356-0022
                                        Email: ssinger@bsfllp.com
6                                               mschultz@bsfllp.com

7                                       *Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp.
                                        and Tech Data Product Management, Inc.; and The AASI
8                                       Creditor Liquidating Trust*

9

10                                      _____/s/ Robert W. Turken_____
                                        Robert W. Turken
11                                      Mitchell E. Widom
                                        Scott N. Wagner
12                                      BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                        1450 Brickell Ave., Suite 2300
13                                      Miami, Florida 33131-3456
                                        Telephone: 305-374-7580
14                                      Facsimile: 305-374-7593
                                        E-mail: rturken@bilzin.com
15                                              mwidom@bilzin.com
                                                swagner@bilzin.com
16

17                                      *Counsel for Plaintiffs Tech Data Corp. and Tech Data
                                        Product Management, Inc. and The AASI Creditor
18                                      Liquidating Trust*

19

20

21

22

23

24

25

26

27

28

1

2

/s/ Neal A. Potischman

3
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:     (650) 752-2111

4

5

6

7
*Counsel for Chi Mei Optoelectronics Corporation (n/k/a
Innolux Corporation), CMO Japan Co., Ltd., and
Chi Mei Optoelectronics USA, Inc. for the Office Depot,
Inc., Jaco Electronics, Inc., Interbond Corp. of America,
Schultze Agency Services, LLC, P.C. Richard & Son Long
Island Corp., et al., Tech Data Corp., et al., The AASI
Creditor Liquidating Trust, CompuCom Systems, Inc.,
Viewsonic Corp., NECO Alliance LLC, and Rockwell
Automation, Inc. Actions Only*

8

9

10

11

12

13

14

15

16

/s/ Michael R. Scott

17
Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

18

19

20

21

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the
MetroPCS Wireless, Inc. Action Only*

22

23

24

25

26

27

28

1    Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

2    document has been obtained from stipulating defendants.

3        **IT IS SO ORDERED.**

4

5        Dated: _____, 2013
                    6/13

6

7        _____

8        Susan Illston, United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28