1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| This Document Relates To: | |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI | Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI; |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI | |
| *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |
| *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI | |
| *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI | |
| *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI | |
| *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-6241-SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI

1   Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond

2   Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island

3   Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data

4   Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust,

5   by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO

6   Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei

7   Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

8   (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties")

9   stipulate as follows:

10   WHEREAS the Parties have previously stipulated to, and the Court has approved, the

11   extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No.

12   7665) ("Track 2 Scheduling Stipulation");

13   WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to

14   May 17, 2013;

15   WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of

16   Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the

17   "Discovery");

18   WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

19   WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei

20   Defendants' responses to the Discovery;

21   WHEREAS the Parties previously stipulated to extend the period to meet and confer

22   regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

23   to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June

24   21, 2013;

25   WHEREAS additional time is needed to meet and confer regarding Chi Mei

26   Defendants' responses to the Discovery;

27   NOW, THEREFORE, the Parties stipulate and agree as follows:

28   The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer

regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

1  to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is

2  extended to July 3, 2013.

3

4

5  **IT IS SO STIPULATED.**

6

   DATED:  June 20, 2013                    _____ */s/ Philip J. Iovieno* _____
7

8                                    William A. Isaacson
                                     Melissa Felder
9                                    BOIES, SCHILLER & FLEXNER LLP
                                     5301 Wisconsin Ave. NW, Suite 800
10                                   Washington, D.C.  20015
                                     Telephone:  (202) 237-2727
11                                   Facsimile:   (202) 237-6131
                                     Email:  wisaacson@bsfllp.com
12                                           mfelder@bsfllp.com

13                                   Philip J. Iovieno
                                     Anne M. Nardacci
14                                   Luke Nikas
                                     Christopher V. Fenlon
15                                   BOIES, SCHILLER & FLEXNER LLP
                                     10 North Pearl Street, 4th Floor
16                                   Albany, NY  12207
                                     Telephone:  (518) 434-0600
17                                   Facsimile:   (518) 434-0665
                                     Email: piovieno@bsfllp.com
18                                           anardacci@bsfllp.com
                                             lnikas@bsfllp.com
19                                           cfenlon@bsfllp.com

20                                   *Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office
                                     Depot, Inc.; Interbond Corp. of America; Schultze Agency
21                                   Services, LLC; P.C. Richard & Son Long Island
                                     Corporation; MARTA Cooperative of America, Inc.; ABC
22                                   Appliance Inc.; Tech Data Corp. and Tech Data Product
                                     Management, Inc.; The AASI Creditor Liquidating Trust;
23                                   CompuCom Systems, Inc.; and NECO Alliance LLC*

24

25

26

27

28

1

2
        */s/ Stuart H. Singer*
        Stuart H. Singer
3
        Meredith Schultz
        BOIES, SCHILLER, & FLEXNER LLP
4
        401 East Las Olas Boulevard, Suite 1200
        Fort Lauderdale, Florida 33301
5
        Telephone: (954) 356-0011
        Facsimile: (954) 356-0022
6
        Email: ssinger@bsfllp.com
              mschultz@bsfllp.com
7
        *Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp.*
8
        *and Tech Data Product Management, Inc.; and The AASI*
        *Creditor Liquidating Trust*
9

10
        */s/ Robert W. Turken*
11
        Robert W. Turken
        Mitchell E. Widom
12
        Scott N. Wagner
        BILZIN SUMBERG BAENA PRICE & AXELROD LLP
13
        1450 Brickell Ave., Suite 2300
        Miami, Florida 33131-3456
14
        Telephone: 305-374-7580
        Facsimile: 305-374-7593
15
        E-mail: rturken@bilzin.com
              mwidom@bilzin.com
16
              swagner@bilzin.com
17
        *Counsel for Plaintiffs Tech Data Corp. and Tech Data*
        *Product Management, Inc. and The AASI Creditor*
18
        *Liquidating Trust*
19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____/s/ Neal A. Potischman_____

Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:    (650) 752-2000
Facsimile:    (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*

_____/s/ Michael R. Scott_____

Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

1   Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

2   document has been obtained from stipulating defendants.

3        **IT IS SO ORDERED.**

4

5        Dated: _____6/20_____, 2013

6

7        _____

8        Susan Illston, United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28