1    William A. Isaacson (admitted *pro hac vice*)
     Melissa Felder (admitted *pro hac vice*)
2    BOIES, SCHILLER & FLEXNER LLP
     5301 Wisconsin Ave. NW, Suite 800
3    Washington, D.C.  20015
     Telephone:  (202) 237-2727
4    Facsimile:  (202) 237-6131
     Email:  wisaacson@bsfllp.com
5            mfelder@bsfllp.com

6    Philip J. Iovieno (admitted *pro hac vice*)
     Anne M. Nardacci (admitted *pro hac vice*)
7    Christopher Fenlon (admitted *pro hac vice*)
     BOIES, SCHILLER & FLEXNER LLP
8    10 North Pearl Street, 4th Floor
     Albany, NY  12207
9    Telephone:  (518) 434-0600
     Facsimile:  (518) 434-0665
10   Email:  piovieno@bsfllp.com
           anardacci@bsfllp.com
11            cfenlon@bsfllp.com

12   [Additional counsel listed in signature page]

13   Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of
     America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation;
14   MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech
     Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems,
15   Inc.; and NECO Alliance LLC

16                  UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02495-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-00335-SI; 3:12-cv-01426-SI; 3:12-cv-02495-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI;<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING REVISED TRACK 2 DEADLINES** |

19

20

21

22

23

24

25

26

27

28

1 | *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,

4 | 3:11-cv-03856-SI

5 | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7 | *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v.*

9 | *AU Optronics Corp., et al.*, 3:11-cv-05781-SI

10 | *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

11

12 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

13 | *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI

14

15 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

16

17 | *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.,* 3:10-cv-03205 SI

18

19 | Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in

20 | the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby

21 | stipulate as follows:

22 | WHEREAS the Track 2 Cases have been proceeding with pretrial preparation in

23 | accordance with the Court's Order dated June 12, 2013 (Dkt. No. 8076), and the deadline for

24 | service of opposition expert reports for Defendants in the Track 2 cases is presently September

25 | 24, 2013;

26 | WHEREAS, on June 13, 2013, Plaintiffs submitted reports from their experts in the Track

27 | 2 Cases;

28 | WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have

-1-

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

met and conferred and determined that extending the deadline for Defendants' experts' opposition reports will enable depositions of Plaintiffs' experts to take place at a time more convenient for the Parties, their counsel, and Plaintiffs' experts;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have met and conferred and determined that Plaintiffs and Defendants should each receive a one-month extension for submitting their opposition and reply expert reports, with the result that all other unexpired deadlines would be extended to preserve approximately the same number of days previously provided for briefing and hearings under the original schedule, as set forth below;

WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will not prejudice any of the parties or the Court because trial dates have not been scheduled for any of these cases;

NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the following Track 2 case schedule:

| Event | Current Date (pursuant to June 12, 2013 Order) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to DAP and State AG cases | May 17, 2013 (this deadline previously has been amended in certain Track 2 cases) | Unchanged |
| Service of opening expert reports for plaintiffs | June 13, 2013 | Unchanged |
| Service of underlying data and Code | June 19, 2013 | Unchanged |
| Service of opposition expert Reports | September 24, 2013 | October 24, 2013 |
| Service of underlying data and Code | September 30, 2013 | October 30, 2013 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | October 22, 2013 | November 22, 2013 |

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES

| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | October 25-November 11, 2013 | November 25-December 11, 2013 |
|---|---|---|
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | November 13, 2013 | December 12, 2013 |
| Service of reply expert reports | November 26, 2013 | January 27, 2014 |
| Service of underlying data and Code | December 4, 2013 | February 4, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | February 3, 2014 | April 9, 2014 |
| Service of underlying data and Code | February 9, 2014 | April 15, 2014 |
| Close of expert discovery | March 6, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 6, 2014 | March 27, 2014 |
| Last day to file dispositive Motions | April 4, 2014 | April 25, 2014 |
| Last day to file oppositions to dispositive motions | May 16, 2014 | June 6, 2014 |
| Last day to file reply briefs in support of dispositive motions | June 27, 2014 | July 18, 2014 |
| Last day for hearing dispositive motions | July 11, 2014 | August 1, 2014 |

Dated: August 23, 2013

Respectfully submitted,

By: _____/s/ Philip J. Iovieno_____

William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email: wisaacson@bsfllp.com
        mfelder@bsfllp.com

1    Philip J. Iovieno (admitted *pro hac vice*)
     Anne M. Nardacci (admitted *pro hac vice*)
2    Christopher Fenlon (admitted *pro hac vice*)
     BOIES, SCHILLER & FLEXNER LLP
3    10 North Pearl Street, 4th Floor
     Albany, NY  12207
4    Telephone:  (518) 434-0600
     Facsimile:  (518) 434-0665
5    Email: piovieno@bsfllp.com
               anardacci@bsfllp.com
6              cfenlon@basfllp.com

7    Stuart H. Singer (admitted *pro hac vice*)
     Meredith Schultz (admitted *pro hac vice*)
8    BOIES, SCHILLER, & FLEXNER LLP
9    401 East Las Olas Boulevard, Suite 1200
     Fort Lauderdale, FL 33301
10   Telephone: (954) 356-0011
     Facsimile: (954) 356-0022
11   Email:  ssinger@bsfllp.com
               mschultz@bsfllp.com
12

13   *Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*
     *Office Depot, Inc.; Interbond Corp. of America;*
14   *Schultze Agency Services, LLC; P.C. Richard & Son*
     *Long Island Corporation; MARTA Cooperative of*
15   *America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
     *and Tech Data Product Management, Inc.; The AASI*
16   *Creditor Liquidating Trust; CompuCom Systems, Inc.;*
     *and NECO Alliance LLC*
17

18   By:_____*/s/ Robert W. Turken*_____
19       Robert W. Turken
         Mitchell E. Widon
20       Scott N. Wagner
         BILZIN SUMBERG BAENA PRICE & AXELROD
21       LLP
         1450 Rickell Avenue, Suite 2300
22       Miami, FL  33131-3456
         Telephone:  (305) 374-7580
23       Facsimile:   (305) 374-7593
         Email: rturken@bilzin.com
24               mwidom@bilzin.com
                 swagner@bilzin.com
25
     *Attorneys for Plaintiffs Tech Data Corp. and Tech*
26   *Data Product Management, Inc. and The AASI*
     *Creditor Liquidating Trust*
27

28

-4-                    STIPULATION AND [PROPOSED] ORDER
                                                          SETTING REVISED TRACK 2 DEADLINES

1

By: _____ */s/ H. Lee Godfrey* _____

2
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross

3
Johnny W. Carter
SUSMAN GODFREY L.L.P.

4
1000 Louisiana Street, Suite 5100
Houston, TX  77002

5
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666

6
Email: lgodfrey@susmangodfrey.com
        kmarks@susmangodfrey.com

7
        jross@susmangodfrey.com
        jcarter@susmangodfrey.com

8

9
Parker C. Folse III
Rachel S. Black
Jordan Connors

10
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800

11
Seattle, WA  98101-3000
Telephone:  (206) 516-3880

12
Facsimile:   (206) 516-3883
Email: pfolse@susmangodfrey.com

13
        rblack@susmangodfrey.com
        jconnors@susmangodfrey.com

14

15
*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

27

28

1                   By: _____ */s/ Marc M. Seltzer* _____

                      Marc M. Seltzer (54534)

2                       Steven G. Sklaver (237612)

                      SUSMAN GODFREY LLP

3                       1901 Avenue of the Stars, Suite 950

                      Los Angeles, CA  90067-6029

4                       Telephone:  (310) 789-3100

                      Facsimile:  (310) 789-3150

5                       Email: mseltzer@susmangodfrey.com

                             ssklaver@susmangodfrey.com

6

                      Erica W. Harris

7                       SUSMAN GODFREY LLP

                      1000 Louisiana, Suite 5100

8                       Houston, TX  77002-5096

                      Telephone:  (713) 651-9366

9                       Facsimile:  (713) 654-6666

                      Email: eharris@susmangodfrey.com

10

                      *Attorneys for SB Liquidation Trust*

11

12

                  By: _____ */s/ James B. Baldinger* _____

13                       James B. Baldinger

                      Florida Bar No.: 869899

14                       jbaldinger@carltonfields.com

                      Robert L. Ciotti

15                       Florida Bar No.: 333141

                      rciotti@carltonfields.com

16                       David B. Esau

                      Florida Bar No.: 650331

17                       desau@carltonfields.com

                      CARLTON FIELDS, P.A.

18                       CityPlace Tower – Suite 1200

                      525 Okeechobee Boulevard

19                       West Palm Beach, Florida 33401

                      Telephone: (561) 659-7070

20                       Facsimile: (561) 659-7368

21                       *Counsel for TracFone Wireless, Inc.*

22

23

24

25

26

27

28

1

By: _____/s/ Jerome A. Murphy_____

2

Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP

3

1001 Pennsylvania Avenue, N.W.
Washington, DC  20004

4

Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

5

Email: jhoward@crowell.com
          jmurphy@crowell.com

6

7

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)

8

CROWELL & MORING LLP
515 South Flower Street, 40th Floor

9

Los Angeles, CA  90071
Telephone:  (213) 622-4750

10

Facsimile:  (213) 622-2690
Email: jmurray@crowell.com

11

          jlevine@crowell.com
          jstokes@crowell.com

12

13

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*

14

ADAMS HOLCOMB LLP
1875 Eye Street NW

15

Washington, DC  20006
Telephone:  (202) 580-8822

16

Facsimile:  (202) 580-8821
Email: adams@adamsholcomb.com

17

          holcomb@adamsholcomb.com
          leonardo@adamsholcomb.com

18

*Attorneys for Plaintiffs Jaco Electronics, Inc. and*

19

*Rockwell Automation, Inc., and Plaintiffs' Liaison*
*Counsel*

20

21

22

23

24

25

26

27

28

1    *By:                    _/s/ Lee F. Berger_
              Holly A. House (State Bar No. 136045)
2             Kevin C. McCann (State Bar No. 120874)
              Lee F. Berger (State Bar No. 222756)
3             Sean Unger (State Bar No. 231694)
              PAUL HASTINGS LLP
4             55 Second Street
              Twenty-Fourth Floor
5             San Francisco, CA  94105
              Telephone:  (415) 856-7000
6             Facsimile:  (415) 856-7100
              Email: kevinmccann@paulhastings.com
7                    hollyhouse@paulhastings.com
                     leeberger@paulhastings.com
8                    seanunger@paulhastings.com

9             Brad D. Brian (State Bar No. 079001)
              Jerome C. Roth (State Bar No. 159483)
10            MUNGER, TOLLES & OLSON LLP
              355 South Grand Avenue
11            Los Angeles, CA  90071-1560
              Telephone:  (213) 683-9100
12            Facsimile:  (213) 687-3702
              Email:  Brad.Brian@mto.com
13
              _Attorneys for Defendants LG Display Co., Ltd. and LG_
14            _Display America, Inc._

15
        By:                  _/s/ Stephen P. Freccero_
16            Melvin R. Goldman (SBN 34097)
              Stephen P. Freccero (SBN 131093)
17            Derek F. Foran (SBN 224569)
              MORRISON & FOERSTER LLP
18            425 Market Street
              San Francisco, CA  94105
19            Telephone:  (415) 268-7000
              Facsimile:  (415) 268-7522
20            Email:  mgoldman@mofo.com
                     sfreccero@mofo.com
21                   dforan@mofo.com

22            _Attorneys for Defendants Epson Imaging Devices_
              _Corporation and Epson Electronics America, Inc._
23

24

25

26

27

28

1

By: _____*/s/ Carl L. Blumenstein*_____
  Christopher A. Nedeau (State Bar No. 81297)

2
  Carl L. Blumenstein (State Bar No. 124158)
  Farschad Farzan (State Bar No. 215194)

3
  NOSSAMAN LLP
  50 California Street, 34th Floor

4
  San Francisco, CA  94111
  Telephone:  (415) 398-3600

5
  Facsimile:  ( 415) 398-2438
  Email: cnedeau@nossaman.com

6
        cblumenstein@nossaman.com
        ffarzan@nossaman.com

7

8
  *Attorneys for Defendants AU Optronics Corporation
  and AU Optronics Corporation America*

9

10
By: _____*/s/ Christopher M. Curran*_____
  Christopher M. Curran *(pro hac vice)*

11
  Martin M. Toto *(pro hac vice)*
  John H. Chung *(pro hac vice)*

12
  WHITE & CASE LLP
  1155 Avenue of the Americas

13
  New York, NY  10036
  Telephone:  (212) 819-8200

14
  Facsimile:  (212) 354-8113
  Email: ccurran@whitecase.com

15
        mtoto@whitecase.com
        jchung@whitecase.com

16
  *Attorneys for Toshiba Corporation, Toshiba Mobile*

17
  *Display Co., Ltd., Toshiba America Electronic*
  *Components, Inc. and Toshiba America Information*
  *Systems, Inc.*

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | By: _____ /s/ Neal A. Potischman _____ |
| | Neal A. Potischman (SBN 254862) |
| 2 | neal.potischman@davispolk.com |
| | DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 4 | Telephone:   (650) 752-2000 |
| | Facsimile:   (650) 752-2111 |
| 5 | |
| | *Counsel for Chi Mei Optoelectronics Corporation* |
| 6 | *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,* |
| | *and Chi Mei Optoelectronics USA, Inc. for the Office* |
| 7 | *Depot, Inc., Interbond Corp. of America, Schultze* |
| | *Agency Services, LLC, P.C. Richard & Son Long* |
| 8 | *Island Corp., et al., Tech Data Corp., et al., The AASI* |
| | *Creditor Liquidating Trust, CompuCom Systems, Inc.,* |
| 9 | *and NECO Alliance LLC Actions Only* |
| 10 | |
| | _____ /s/ Michael R. Scott _____ |
| 11 | Michael R. Scott (pro hac vice) |
| | mrs@hcmp.com |
| 12 | Michael J. Ewart (pro hac vice) |
| | mje@hcmp.com |
| 13 | HILLIS CLARK MARTIN & PETERSON P.S. |
| | 1221 Second Avenue, Suite 500 |
| 14 | Seattle, WA 98101-2925 |
| | Telephone: (206) 623-1745 |
| 15 | Facsimile: (206) 623-7789 |
| 16 | |
| | *Counsel for Chi Mei Optoelectronics Corporation* |
| 17 | *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,* |
| | *and Chi Mei Optoelectronics USA, Inc. for the* |
| | *MetroPCS Wireless, Inc. Action Only* |
| 18 | |
| 19 | By: _____ /s/ William S. Farmer _____ |
| | William S. Farmer (SBN 46694) |
| 20 | David C. Brownstein (SBN 141929) |
| | Jacob P. Alpren (SBN 235713) |
| 21 | Farmer Brownstein Jaeger LLP |
| | 235 Pine Street, Suite 1300 |
| 22 | San Francisco, CA  94104 |
| | Telephone:  (415) 795-2050 |
| 23 | Email: wfarmer@fbj-law.com |
| |         dbrownstein@fbj-law.com |
| 24 |         jalpren@fbj-law.com |
| 25 | *Counsel for Chunghwa Picture Tubes, Ltd. in the* |
| | *MetroPCS Wireless Actions Only* |
| 26 | |
| 27 | |
| 28 | |

-10-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:_____/s/ Rachel S. Brass_____
Rachel S. Brass (SBN 219301)
Joel S. Sanders (SBN 107234)
Austin V. Schwing (SBN 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

*Attorneys for Defendants Chunghwa Picture Tubes,
Ltd. in the SB Trust, Office Depot, Jaco Electronics,
Interbond, Schultze Agency Services, PC Richard,
Tech Data, AASI Creditor Liquidating Trust,
CompuCom, Viewsonic, and NECO Alliance Actions
Only*

By:_____/s/ Robert E. Freitas_____
Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jessica N. Leal (SBN 267232)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone:  (650) 593-6300
Facsimile:    (650) 593-6301
Email:  rfreitas@ftklaw.com
        jangell@ftklaw.com
        jleal@ftklaw.com

*Attorneys for Defendant HannStar Display
Corporation*

By:_____/s/ Jacob R. Sorensen_____
Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
Email: john.grenfell@pillsburylaw.com
        jake.sorensen@pillsburylaw.com
        fusae.nara@pillsburylaw.com
        andrew.lanphere@pillsburylaw.com

1

By: _____/s/ Michael W. Scarborough_____
    Michael W. Scarborough (SBN 203524)

2
    SHEPPARD MULLIN RICHTER & HAMPTON
    Four Embarcadero Center, 17th Floor

3
    San Francisco, CA  94111
    Telephone:  (415) 434-9100

4
    Facsimile:  (415) 434-3947
    Email:  mscarborough@sheppardmullin.com

5

    *Attorneys for Defendants Samsung SDI America, Inc.*

6
    *and Samsung SDI Co., Ltd.*

7

By: _____/s/ Kent M. Roger_____

8
    Kent M. Roger (Bar No. 95987)
    MORGAN LEWIS & BOCKIUS LLP

9
    One Market, Spear Street Tower
    San Francisco, CA  94105-1126

10
    Telephone:  (415) 442-1000
    Facsimile:  (415) 442-1001

11
    Email:  kroger@morganlewis.com

12
    *Attorneys for Defendants Hitachi, Ltd., Hitachi*
    *Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*

13
    *Electronic Devices (USA), Inc.*

14

By: _____/s/ Stephen Holbrook Sutro_____

15
    George Dominic Niespolo
    Stephen Holbrook Sutro

16
    DUANE MORRIS LLP
    One Market , Spear Tower, Suite 2200

17
    San Francisco, CA  94105
    Telephone:  (415) 957-3010

18
    Facsimile:  (415) 957-3001
    Email:  gdniespolo@duanemorris.com

19
            shsutro@duanemorris.com

20
    *Attorneys for NEC Corporation, NEC LCD Technologies,*
    *Ltd., and Renesas Electronics America, Inc.*

21

22

23

24

25
*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

26
document has been obtained from each of the above signatories.

27

28

-12-                    STIPULATION AND [PROPOSED] ORDER
                                                                                     SETTING REVISED TRACK 2 DEADLINES

1

2

**IT IS SO ORDERED.**

3

Dated: _8/30/13_____

4

_____

Hon. Susan Illston
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-md-1827-SI                    STIPULATION AND [PROPOSED] ORDER
SETTING REVISED TRACK 2 DEADLINES