1   William A. Isaacson (admitted *pro hac vice*)
    Melissa Felder (admitted *pro hac vice*)
2   BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW, Suite 800
3   Washington, D.C.  20015
    Telephone:  (202) 237-2727
4   Facsimile:  (202) 237-6131
    Email:  wisaacson@bsfllp.com
5           mfelder@bsfllp.com

6   Philip J. Iovieno (admitted *pro hac vice*)
    Anne M. Nardacci (admitted *pro hac vice*)
7   Christopher Fenlon (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
8   10 North Pearl Street, 4th Floor
    Albany, NY  12207
9   Telephone:  (518) 434-0600
    Facsimile:  (518) 434-0665
10   Email:  piovieno@bsfllp.com
             anardacci@bsfllp.com
11           cfenlon@bsfllp.com

12  [Additional counsel listed in signature page]

13  Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of
    America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation;
14  MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech
    Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems,
15  Inc.; and NECO Alliance LLC

16                          UNITED STATES DISTRICT COURT
                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                               SAN FRANCISCO DIVISION

18

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02495-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-00335-SI; 3:12-cv-01426-SI; 3:12-cv-02495-SI; and 3:10-cv-05625-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CERTAIN EXPERT DEPOSITIONS IN TRACK 2** |

*Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI

*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

*Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS, on June 13, 2013, Plaintiffs have submitted reports from B. Douglas Bernheim, Adam Fontecchio, David Stowell, and Leslie Marx (as to certain Plaintiffs only) (collectively, "Plaintiffs' Track 1 Experts"), among others, in the Track 2 Cases (including any erratas, supplements, and amendments thereto, "June 2013 Reports");

WHEREAS, Plaintiffs' Track 1 Experts also appeared on behalf of plaintiffs in one or more of the following cases in this Multidistrict Litigation: *AT&T Mobility LLC, et al. v. AU Optronics Corp., et al.*, Case No. 09-CV-4997-SI; *ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, Case No. 3:09-CV-01115-SI; *Nokia Corp. and Nokia Inc. v. AU Optronics Corp., et al.*, Case No. 3:09-CV-05609; *Costco Wholesale Corp. v. AU Optronics Corp.*, et al.,

STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN EXPERT DEPOSITIONS IN TRACK 2

Case No. 11-CV-00058-SI; *Best Buy v. AU Optronics Corp,. et al.*, Case No. 10-CV-04972-SI; *Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al*., Case No. 10-CV-00017-SI; *Motorola Mobility Inc. v. AU Optronics Corp., et al.*, Case No. 09-CV-05840-SI, and *Target Corp., et al. v. AU Optronics Corp,. et al.*, Case No. 10-CV-04945-SI (collectively, "Track 1 Cases");

WHEREAS, Plaintiffs' Track 1 Experts sat for depositions in the Track 1 Cases;

WHEREAS the Parties want to avoid duplicative and repetitive questioning of Plaintiffs' Track 1 Experts in depositions in the Track 2 Cases in light of their previous depositions and the similarity between Plaintiffs' Track 1 Experts' reports in the Track 1 Cases and Plaintiffs' Track 1 Experts' reports in the Track 2 Cases, and to create efficiency in and limit the time of those depositions; and

WHEREAS the Parties do not want to get bogged down in disputes over whether a particular question is duplicative of a question asked of a Plaintiffs' Track 1 Expert during the Track 1 Cases;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties through their undersigned counsel as follows:

1. Any testimony made at deposition by a Plaintiffs' Track 1 Expert in a Track 1 Case will have same legal and evidentiary effect as if noticed and taken in the Track 2 cases concerning the June 2013 Reports and the Track 2 Plaintiffs.

2. Any deposition that Defendants take of a Plaintiffs' Track 1 Expert in the Track 2 Cases regarding the June 2013 Reports will be limited to a seven hour period.  This is not a limitation on the deposition regarding any Plaintiffs' Track 1 Expert's reply reports (which may not be duplicative of Plaintiffs' Track 1 Experts' reports in the Track 1 Cases), or of any expert's deposition other than Plaintiffs' Track 1 Experts.

3. This stipulation does not give rise to an objection to questions as being duplicative of questions asked during the Track 1 Cases.

1

2      Dated: August 23, 2013

3                                          Respectfully submitted,

4      By:             */s/ Philip J. Iovieno*

5      William Isaacson (admitted *pro hac vice*)
       Melissa Felder (admitted *pro hac vice*)
       BOIES, SCHILLER & FLEXNER LLP
6      5301 Wisconsin Avenue NW, Suite 800
       Washington, DC  20015
7      Telephone:  (202) 237-2727
       Facsimile:   (202) 237-6131
8      Email: wisaacson@bsfllp.com
              mfelder@bsfllp.com

9      Philip J. Iovieno (admitted *pro hac vice*)
       Anne M. Nardacci (admitted *pro hac vice*)
10     Christopher Fenlon (admitted *pro hac vice*)
       BOIES, SCHILLER & FLEXNER LLP
11     10 North Pearl Street, 4th Floor
       Albany, NY  12207
12     Telephone:  (518) 434-0600
       Facsimile:   (518) 434-0665
13     Email: piovieno@bsfllp.com
              anardacci@bsfllp.com
14            cfenlon@basfllp.com

15     Stuart H. Singer (admitted *pro hac vice*)
       Meredith Schultz (admitted *pro hac vice*)
16     BOIES, SCHILLER, & FLEXNER LLP
       401 East Las Olas Boulevard, Suite 1200
17     Fort Lauderdale, FL 33301
       Telephone: (954) 356-0011
18     Facsimile: (954) 356-0022
       Email:  ssinger@bsfllp.com
19             mschultz@bsfllp.com

20     *Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*
       *Office Depot, Inc.; Interbond Corp. of America;*
21     *Schultze Agency Services, LLC; P.C. Richard & Son*
       *Long Island Corporation; MARTA Cooperative of*
22     *America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
       *and Tech Data Product Management, Inc.; The AASI*
23     *Creditor Liquidating Trust; CompuCom Systems, Inc.;*
       *and NECO Alliance LLC*

24

25

26

27

28

By: _____/s/ Robert W. Turken_____
Robert W. Turken
Mitchell E. Widon
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD
LLP
1450 Rickell Avenue, Suite 2300
Miami, FL  33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email: rturken@bilzin.com
        mwidom@bilzin.com
        swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*


By: _____/s/ H. Lee Godfrey_____
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: lgodfrey@susmangodfrey.com
        kmarks@susmangodfrey.com
        jross@susmangodfrey.com
        jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email: pfolse@susmangodfrey.com
        rblack@susmangodfrey.com
        jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

1

By: _____ */s/ Marc M. Seltzer*

Marc M. Seltzer (54534)

2
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP

3
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029

4
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150

5
Email: mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

6

Erica W. Harris

7
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100

8
Houston, TX  77002-5096
Telephone:  (713) 651-9366

9
Facsimile:   (713) 654-6666
Email: eharris@susmangodfrey.com

10

*Attorneys for SB Liquidation Trust*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN EXPERT
DEPOSITIONS IN TRACK 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Jerome A. Murphy*
Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email: jhoward@crowell.com
          jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
          jlevine@crowell.com
          jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
          holcomb@adamsholcomb.com
          leonardo@adamsholcomb.com

*Liaison Counsel for Plaintiffs and Attorneys for
Plaintiffs Jaco Electronics, Inc. and Rockwell
Automation, Inc.*

-7-

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN EXPERT
DEPOSITIONS IN TRACK 2

1

2                    *By:_____*/s/ Lee F. Berger*_____
                     Holly A. House (State Bar No. 136045)

3                      Kevin C. McCann (State Bar No. 120874)
                     Lee F. Berger (State Bar No. 222756)
                     Sean Unger (State Bar No. 231694)

4                      PAUL HASTINGS LLP
                     55 Second Street

5                      Twenty-Fourth Floor
                     San Francisco, CA  94105

6                      Telephone:  (415) 856-7000
                     Facsimile:   (415) 856-7100

7                      Email: kevinmccann@paulhastings.com
                            hollyhouse@paulhastings.com

8                             leeberger@paulhastings.com
                            seanunger@paulhastings.com

9

10                      Brad D. Brian (State Bar No. 079001)
                     Jerome C. Roth (State Bar No. 159483)

11                      MUNGER, TOLLES & OLSON LLP
                     355 South Grand Avenue

12                      Los Angeles, CA  90071-1560
                     Telephone:  (213) 683-9100

13                      Facsimile:   (213) 687-3702
                     Email:  Brad.Brian@mto.com

14                      *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

15

16

17                  By:_____*/s/ Stephen P. Freccero*_____
                     Melvin R. Goldman (SBN 34097)

18                      Stephen P. Freccero (SBN 131093)
                     Derek F. Foran (SBN 224569)

19                      MORRISON & FOERSTER LLP
                     425 Market Street

20                      San Francisco, CA  94105
                     Telephone:  (415) 268-7000

21                      Facsimile:   (415) 268-7522
                     Email: mgoldman@mofo.com

22                            sfreccero@mofo.com
                         dforan@mofo.com

23                      *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

24

25

26

27

28

Case No. 07-md-1827-SI                          STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN EXPERT DEPOSITIONS IN TRACK 2

1

By: _____/s/ Carl L. Blumenstein_____
     Christopher A. Nedeau (State Bar No. 81297)

2

     Carl L. Blumenstein (State Bar No. 124158)
     Farschad Farzan (State Bar No. 215194)

3

     NOSSAMAN LLP
     50 California Street, 34th Floor

4

     San Francisco, CA  94111
     Telephone:  (415) 398-3600

5

     Facsimile:  ( 415) 398-2438
     Email: cnedeau@nossaman.com

6

          cblumenstein@nossaman.com
          ffarzan@nossaman.com

7

8

*Attorneys for Defendants AU Optronics Corporation
and AU Optronics Corporation America*

9

10

By: _____/s/ Christopher M. Curran_____
     Christopher M. Curran *(pro hac vice)*

11

     Martin M. Toto *(pro hac vice)*
     John H. Chung *(pro hac vice)*

12

     WHITE & CASE LLP
     1155 Avenue of the Americas

13

     New York, NY  10036
     Telephone:  (212) 819-8200

14

     Facsimile:  (212) 354-8113
     Email: ccurran@whitecase.com

15

          mtoto@whitecase.com
          jchung@whitecase.com

16

*Attorneys for Toshiba Corporation, Toshiba Mobile
Display Co., Ltd., Toshiba America Electronic*

17

*Components, Inc. and Toshiba America Information
Systems, Inc.*

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN EXPERT
DEPOSITIONS IN TRACK 2

Case No. 07-md-1827-SI

1

By: _____/s/ Neal A. Potischman_____
Neal A. Potischman (SBN 254862)

2

neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP

3

1600 El Camino Real
Menlo Park, California 94025

4

Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

5

6

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the Office*

7

*Depot, Inc., Interbond Corp. of America, Schultze
Agency Services, LLC, P.C. Richard & Son Long*

8

*Island Corp., et al., Tech Data Corp., et al., The AASI
Creditor Liquidating Trust, CompuCom Systems, Inc.,*

9

*and NECO Alliance LLC Actions Only*

10

11

_____/s/ Michael R. Scott_____
Michael R. Scott (pro hac vice)

12

mrs@hcmp.com
Michael J. Ewart (pro hac vice)

13

mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.

14

1221 Second Avenue, Suite 500
Seattle, WA 98101-2925

15

Telephone: (206) 623-1745
Facsimile: (206) 623-7789

16

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*

17

*and Chi Mei Optoelectronics USA, Inc. for the
MetroPCS Wireless, Inc. Action Only*

18

19

By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)

20

David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)

21

Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300

22

San Francisco, CA  94104
Telephone:  (415) 795-2050

23

Email: wfarmer@fbj-law.com
        dbrownstein@fbj-law.com

24

        jalpren@fbj-law.com

25

*Counsel for Chunghwa Picture Tubes, Ltd. in the
MetroPCS Wireless Actions Only*

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN EXPERT
DEPOSITIONS IN TRACK 2

1

By: _____/s/ Rachel S. Brass_____
    Rachel S. Brass (SBN 219301)
2   Joel S. Sanders (SBN 107234)
    Austin V. Schwing (SBN 211696
3   GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
4   San Francisco, California 94105
    (415) 393-8200 / (415) 393-8306
5   *jsanders@gibsondunn.com*
    *rbrass@gibsondunn.com*
6
    *Attorneys for Defendants Chunghwa Picture Tubes,*
7   *Ltd. in the SB Trust, Office Depot, Jaco Electronics,*
    *Interbond, Schultze Agency Services, PC Richard,*
8   *Tech Data, AASI Creditor Liquidating Trust,*
    *CompuCom, Viewsonic, and NECO Alliance Actions*
9   *Only*

10

By: _____/s/ Robert E. Freitas_____
    Robert E. Freitas (SBN 80948)
11  Jason S. Angell (SBN 221607)
    Jerry Chen (SBN 229318)
12  FREITAS TSENG & KAUFMAN LLP
    100 Marine Parkway, Suite 200
13  Redwood Shores, CA  94065
    Telephone:  (650) 593-6300
14  Facsimile:   (650) 593-6301
    Email: rfreitas@ftklaw.com
15         jangell@ftklaw.com
           jchen@ftklaw.com
16
    *Attorneys for Defendant HannStar Display*
17  *Corporation*

18

By: _____/s/ Jacob R. Sorensen_____
19  Jacob R. Sorensen (SBN 209134)
    John M. Grenfell (SBN 88500)
20  Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (SBN 191479)
21  PILLSBURY WINTHROP SHAW PITTMAN LLP
    Four Embarcadero Center, 22nd Floor
22  San Francisco, CA  94111
    Telephone:  (415) 983-1000
23  Facsimile:  (415) 983-1200
    Email: john.grenfell@pillsburylaw.com
24         jake.sorensen@pillsburylaw.com
           fusae.nara@pillsburylaw.com
25         andrew.lanphere@pillsburylaw.com

26  *Attorneys for Defendants Sharp Corporation and*
    *Sharp Electronics Corporation*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Michael W. Scarborough* _____
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc.
and Samsung SDI Co., Ltd.*

By: _____ */s/ Kent M. Roger* _____
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
Email:  kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi
Electronic Devices (USA), Inc.*

By: _____ */s/ Stephen Holbrook Sutro* _____
George Dominic Niespolo
Stephen Holbrook Sutro
DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 957-3010
Facsimile:  (415) 957-3001
Email:  gdniespolo@duanemorris.com
          shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD
Technologies, Ltd., and Renesas Electronics America,
Inc.*

1

2

\*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

document has been obtained from each of the above signatories.

3

4

5

**IT IS SO ORDERED.**

6

7

8

Dated:  8/30/13  _____     _____

9

Hon. Susan Illston
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING CERTAIN EXPERT
DEPOSITIONS IN TRACK 2