Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:   305-374-7580
Facsimile:   305-374-7593
E-mail:   rturken@bilzin.com; mwidom@bilzin.com;
   swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee;*

[Additional counsel listed in signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL No. 1827<br><br>CASE NOS. 3:10-cv-05458-SI; 3:11-cv-00829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-01426-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI; |
| This Document Relates to:<br>*SB Liquidation Trust v. AU Optronics Corp., et al., 3:10-cv-05458-SI*<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al., 3:11-cv-00829-SI*<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al., 3:11-cv-02225-SI*<br><br>*Jaco Electronics, Inc. v. AU Optronics Corp., et al., 3:11-cv-02495-SI* | **STIPULATION AND [PROPOSED] ORDER SETTING TRACK 2 DEADLINES** |

1
2 *Interbond Corp. of America v. AU Optronics Corp., et al., 3:11-cv-03763-SI*

3
4 *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.,3:11-cv-03856-SI*
5

6 *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-04119-SI*
7

8
9 *Tech Data Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-05765-SI*

10 *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al., 3:11-cv-05781-SI*
11
12

13 *CompuCom Systems, Inc. v. AU Optronics Corp., et al., 3:11-cv-06241-SI*
14

15 *NECO Alliance LLC v. AU Optronics Corp., et al., 3:12-cv-01426-SI*

16
17 *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al., 3:10-cv-05625-SI*
18

19 *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al., 3:10-cv-03205-SI*

20

21

22    Plaintiffs in the above-captioned cases (collectively, "Track 2 cases") and Defendants in

23 the Track 2 cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby

24 stipulate as follows:

25    WHEREAS the Track 2 cases have been proceeding with pretrial preparation in

26 accordance with the Court's Order dated September 6, 2013 (Dkt. No. 8589) and the deadline for

27 service of reply expert reports for Defendants in the Track 2 cases is presently January 27, 2014;

28

1   WHEREAS, on October 31, 2013, Defendants submitted opposition expert reports from
2   their experts in the Track 2 Cases;

3   WHEREAS counsel for Plaintiffs have requested and counsel for Defendants have agreed
4   that Plaintiffs should receive a three-week extension for submitting their reply expert reports,
5   with the result that all other unexpired deadlines pertaining to expert discovery would be
6   extended to preserve approximately the same number of days previously provided for under the
7   original schedule, as set forth below;

8   WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will
9   not prejudice any of the Parties or the Court because the trial dates have not been scheduled for
10  any of these cases;

11  WHEREAS the Court's December 12, 2013 Stipulation and Order Setting Revised
12  Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833) set forth a schedule
13  for the Parties to meet and confer and set January 13, 2014 as the deadline for the Parties to file
14  with the Court a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for
15  Summary Judgment Filings; and

16  WHEREAS the Parties have met and conferred and determined that the Parties would
17  benefit from additional time to (1) meet and confer regarding the Proposed List of Summary
18  Judgment Motions and Proposed Schedule for same; and (2) to file with the Court a Joint List of
19  Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings;

20  NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and
21  counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the
22  Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the
23  following Track 2 case schedule:

24
25
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| Event | Current Date (Under September 6, 2013 Order) | Revised Date |
|---|---|---|
| File a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | January 13, 2014[1] | January 27, 2014 |
| Service of reply expert reports | January 27, 2014 | February 14, 2014 |
| Service of underlying data and Code | February 4, 2014 | February 19, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | April 9, 2014 | May 15, 2014 |
| Service of underlying data and Code | April 15, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 27, 2014 | April 21, 2014 |
| Last day to file dispositive Motions | April 25, 2014 | June 2, 2014 |
| Close of expert discovery | May 20, 2014 | June 25, 2014 |
| Last day to file oppositions to dispositive motions | June 6, 2014 | July 14, 2014 |
| Last day to file reply briefs in support of dispositive motions | July 18, 2014 | August 25, 2014 |
| Last day for hearing dispositive motions | August 1, 2014 | September 12, 2014 |

**IT IS SO STIPULATED.**

Dated: January 10, 2014

Respectfully Submitted,

By: */s/Scott N. Wagner*
ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

---

[1] Under December 12, 2013 Stipulation and Order Setting Revised Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833).

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

E-mail:   rturken@bilzin.com
mwidom@bilzin.com
swagner@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee*

By: _____ */s/ Philip J. Iovieno* _____
William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
          mfelder@bsfllp.com


Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
          anardacci@bsfllp.com
          lnikas@bsfllp.com
          cfenlon@basfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

|   |   |
|---|---|
| 1 | By: _____*/s/ Jerome A. Murphy*_____ |
| 2 | Jeffrey H. Howard *(pro hac vice)*<br>Jerome A. Murphy *(pro hac vice)* |
|   | CROWELL & MORING LLP |
| 3 | 1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 |
| 4 | Telephone:  (202) 624-2500<br>Facsimile:   (202) 628-5116 |
| 5 | Email: jhoward@crowell.com<br>          jmurphy@crowell.com |

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email: jmurray@crowell.com
          jlevine@crowell.com
          jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:   (202) 580-8821
Email: adams@adamsholcomb.com
          holcomb@adamsholcomb.com
          leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: _____*/s/ H. Lee Godfrey*_____
    H. Lee Godfrey
    Kenneth S. Marks
    Jonathan J. Ross
    Johnny W. Carter
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, TX  77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email: lgodfrey@susmangodfrey.com
          kmarks@susmangodfrey.com
          jross@susmangodfrey.com
          jcarter@susmangodfrey.com

    Parker C. Folse III
    Rachel S. Black
    Jordan Connors
    SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
    Seattle, WA  98101-3000
    Telephone:  (206) 516-3880
    Facsimile:  (206) 516-3883
    Email: pfolse@susmangodfrey.com
          rblack@susmangodfrey.com
          jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: _____*/s/ Marc M. Seltzer*_____
    Marc M. Seltzer (54534)
    Steven G. Sklaver (237612)
    SUSMAN GODFREY LLP
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067-6029
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150
    Email: mseltzer@susmangodfrey.com
          ssklaver@susmangodfrey.com

    Erica W. Harris
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, TX 77002-5096
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666
    Email: eharris@susmangodfrey.com

    *Attorneys for SB Liquidation Trust*


By: _____*/s/ James B. Baldinger*_____
    James B. Baldinger
    Florida Bar No.: 869899
    jbaldinger@carltonfields.com
    Robert L. Ciotti
    Florida Bar No.: 333141
    rciotti@carltonfields.com
    David B. Esau
    Florida Bar No.: 650331
    desau@carltonfields.com
    CARLTON FIELDS, P.A.
    CityPlace Tower – Suite 1200
    525 Okeechobee Boulevard
    West Palm Beach, Florida 33401
    Telephone: (561) 659-7070
    Facsimile: (561) 659-7368

    *Counsel for TracFone Wireless, Inc.*

|     |     |
| --- | --- |
| 1   | By: _____/s/ Lee F. Berger_____ |
|     | Holly A. House (State Bar No. 136045) |
| 2   | Kevin C. McCann (State Bar No. 120874) |
|     | Lee F. Berger (State Bar No. 222756) |
| 3   | Sean Unger (State Bar No. 231694) |

By: _____*/s/ Lee F. Berger*_____
  Holly A. House (State Bar No. 136045)
  Kevin C. McCann (State Bar No. 120874)
  Lee F. Berger (State Bar No. 222756)
  Sean Unger (State Bar No. 231694)
  PAUL HASTINGS LLP
  55 Second Street
  Twenty-Fourth Floor
  San Francisco, CA  94105
  Telephone:  (415) 856-7000
  Facsimile:   (415) 856-7100
  Email: kevinmccann@paulhastings.com
     hollyhouse@paulhastings.com
     leeberger@paulhastings.com
     seanunger@paulhastings.com

  Brad D. Brian (State Bar No. 079001)
  Jerome C. Roth (State Bar No. 159483)
  MUNGER, TOLLES & OLSON LLP
  355 South Grand Avenue
  Los Angeles, CA  90071-1560
  Telephone:  (213) 683-9100
  Facsimile:   (213) 687-3702
  Email:  Brad.Brian@mto.com

  *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____*/s/ Stephen P. Freccero*_____
  Stephen P. Freccero (SBN 131093)
  Melvin R. Goldman (SBN 34097)
  Derek F. Foran (SBN 224569)
  MORRISON & FOERSTER LLP
  425 Market Street
  San Francisco, CA  94105
  Telephone:  (415) 268-7000
  Facsimile:   (415) 268-7522
  Email: mgoldman@mofo.com
     sfreccero@mofo.com
     dforan@mofo.com

  *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER
SETTING TRACK 2 DEADLINES        -9-        MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

1
2
3
4
5
6
7
8

By: _____*/s/ Carl L. Blumenstein*_____
Carl L. Blumenstein (State Bar No. 124158)
Christopher A. Nedeau (State Bar No. 81297)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cnedeau@nossaman.com
   cblumenstein@nossaman.com
   ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

9
10
11
12
13
14
15
16
17
18

By: _____*/s/ Christopher M. Curran*_____
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
   mtoto@whitecase.com
   jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

19
20
21
22
23
24
25
26
27
28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| | |
|---|---|
| 1 | By: _____/s/ Neal A. Potischman_____ |
| | Neal A. Potischman (SBN 254862) |
| 2 | neal.potischman@davispolk.com |
| | DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 4 | Telephone:  (650) 752-2000 |
| | Facsimile:   (650) 752-2111 |

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

_____/s/ Michael R. Scott_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.comHILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Telephone:  (415) 795-2050
Email:  wfarmer@fbj-law.com
            dbrownstein@fbj-law.com
            jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: */s/ Rachel S. Brass*
Rachel S. Brass (SBN 219301)
Joel S. Sanders (SBN 107234)
Austin V. Schwing (SBN 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the BrandsMart, Office Depot, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only*

By: */s/ Harrison J. Frahn IV*
James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
egillen@stblaw.com
melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display Corporation*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

STIPULATION AND [PROPOSED] ORDER
SETTING TRACK 2 DEADLINES             -12-             MASTER FILE NO. 3:07-MD-01827 SI (N.D. CAL.)

1

2 By: _____/s/ Jacob R. Sorensen_____
Jacob R. Sorensen (SBN 209134)
3 John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
4 Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
5 4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
6 Telephone:  (415) 983-1000
Facsimile:  (415) 983-1200
7 Email: john.grenfell@pillsburylaw.com
       jake.sorensen@pillsburylaw.com
8        fusae.nara@pillsburylaw.com
       andrew.lanphere@pillsburylaw.com

9 *Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION*

10

11 By: _____/s/ Michael W. Scarborough_____
Michael W. Scarborough (SBN 203524)
12 SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
13 San Francisco, CA  94111
Telephone:  (415) 434-9100
14 Facsimile:  (415) 434-3947
Email:  mscarborough@sheppardmullin.com
15

*Attorneys for Defendants Samsung SDI America, Inc.
16 and Samsung SDI Co., Ltd.*

17

18

19 Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

20 document has been obtained from each of the above signatories.

21 **IT IS SO ORDERED.**

22

23

24 Dated: _____1/14/14_____                   _____
                                                    Hon. Susan Illston
25                                                  United States District Judge

26

27

28

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456