1  Carl L. Blumenstein (CA Bar No. 124158)
   NOSSAMAN LLP
2  50 California Street, 34th Floor
   San Francisco, CA 94111
3  Telephone:  (415) 398-3600
   Facsimile:   (415) 398-2438
4  Email: cblumenstein@nossaman.com

5  *Defendants' Liaison Counsel*

6  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
7  10 North Pearl Street, 4th Floor
   Albany, NY 12207
8  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
9  Email: piovieno@bsfllp.com

10 *Attorneys for Certain Plaintiffs and on Behalf of All Track*
   *2 Plaintiffs*

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

16 IN RE: TFT-LCD (FLAT PANEL)              CASE NO. M:07-md-01827-SI
   ANTITRUST LITIGATION
17                                           MDL NO. 1827

18

19 This Document Relates to:               CASE NOS. 3:10-cv-05458-SI;
                                            3:11-cv-0829-SI; 3:11-cv-02225-SI;
20 *SB Liquidation Trust v. AU Optronics Corp.,*   3:11-cv-02495-SI; 3:11-cv-03763-SI;
   *et al.*, 3:10-cv-05458-SI               3:11-cv-03856-SI; 3:11-cv-04119-SI;
                                            3:11-cv-05765-SI; 3:11-cv-05781-SI;
21 *MetroPCS Wireless, Inc. v. AU Optronics*   3:11-cv-06241-SI 3:12-cv-01426-SI;
   *Corp., et al.*, 3:11-cv-00829-SI        3:10-cv-05625-SI; 3:10-CV-03205 SI
22
   *Office Depot, Inc. v. AU Optronics Corp., et*   **STIPULATION AND [~~PROPOSED~~]**
23 *al.*, 3:11-cv-02225-SI                  **ORDER REGARDING SUMMARY**
                                            **JUDGMENT SCHEDULE**
24 *Jaco Electronics, Inc. v. AU Optronics Corp.,*
   *et al.*, 3:11-cv-02495-SI
25

26

27

28

1  *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI

4

5  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI

6

7  *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8

9  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI

10

11  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

12

13  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

14  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

15

16  *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI

17

18

19      Plaintiffs in the above-captioned cases, which exclude the *State of Oregon* case and the

20  *Hewlett-Packard* case (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases

21  (collectively, the "Parties") hereby stipulate as follows:

22      WHEREAS the Parties have met and conferred regarding the Proposed List of Summary

23  Judgment Motions and Schedule;

24      WHEREAS the Parties continue to negotiate stipulations that, if executed, would result in

25  resolving or limiting some of the summary judgment motions listed below;

26      WHEREAS the Parties have agreed to set a schedule for certain summary judgment

27  motions; and

28

WHEREAS the Parties have also met and conferred regarding a schedule for *Daubert* motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, and subject to the availability and concurrence of the Court, that the Track 2 cases will adopt the following schedule for summary judgment motions in Track 2:

| Phase 1 | Date |
| --- | --- |
| Last day to file Phase 1 dispositive motions | March 18, 2014 |
| Last day to file oppositions to Phase 1 dispositive motions | April 29, 2014 |
| Last day to file reply briefs in support of Phase 1 dispositive motions | June 10, 2014 |
| Hearing on Phase 1 dispositive motions | June 27, 2014 |
| **Phase 2** | |
| Last day to file Phase 2 dispositive motions | May 1, 2014 |
| Last day to file oppositions to Phase 2 dispositive motions | June 12, 2014 |
| Last day to file reply briefs in support of Phase 2 dispositive motions | July 24, 2014 |
| Hearing on Phase 2 dispositive motions | August 8, 2014 |
| **Phase 3** | |
| Last day to file Phase 3 dispositive motions | June 2, 2014 |
| Last day to file oppositions to Phase 3 dispositive motions | July 14, 2014 |
| Last day to file reply briefs in support of Phase 3 dispositive motions | August 25, 2014 |
| Hearing on Phase 3 dispositive motions | September 12, 2014 |

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by the Defendants will be in Phase 1:

1.  Certain of Plaintiffs' state-law claims should be dismissed on choice of law and/or due process grounds.

2.  Plaintiffs seek damages based on purchases of LCD Products containing LCD Panels that were not manufactured by Defendants or alleged co-conspirators.

3.  Plaintiffs' claims and alleged damages relating to "lost sales" are barred because Plaintiffs have failed to provide evidence from which they could establish damages based on "lost sales."

4.  Plaintiffs cannot recover from purported conspirators or for claims based on sales by purported conspirators they did not identify in relevant discovery responses and/or which their experts did not analyze.

5.  Plaintiffs lack antitrust standing under Associated General Contractors.

6.  AASI is barred from seeking damages for purchases for which it cannot prove that it paid.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Defendants will be in Phase 2:

1.  Certain of Plaintiffs' state-law claims should be dismissed because the plaintiffs do not satisfy one or more elements of the claim or are not entitled to any available remedy.

2.  Plaintiffs cannot recover for claims for purchases of STN-LCD panels.

3.  Plaintiffs' claims against certain Defendants are barred because those Defendants did not participate in a price-fixing conspiracy with respect to small, medium and/or large panels.

4.  Certain plaintiffs have failed to bring certain claims within the applicable limitations period.

5.  TracFone cannot recover for damages exceeding the amount of any overcharge.

6.  TracFone's purchases from LG Electronics should be dismissed.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Defendants will be in Phase 3:

1.  Certain of Plaintiffs' alleged damages are barred because they successfully passed through to their customers any alleged overcharge on purchases of LCD Products.

2.  Certain alleged co-conspirators did not participate in the price-fixing conspiracy plaintiffs allege and purchases from these entities cannot be included in plaintiffs'

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1    damages.  Defendants will not raise this motion as to Fujitsu.

2        3.   Plaintiffs cannot prove that Toshiba participated in the alleged price-fixing conspiracy

3             or can be held liable for the acts of others, or plaintiffs cannot prove that certain

4             defendants participated in the alleged "crystal conspiracy" or in any "overarching" or

5             multilateral conspiracy comparable to the "crystal conspiracy."

6        4.   Certain plaintiffs' federal claims are barred because they lack standing pursuant to

7             Illinois Brick Co. v. Illinois, 431 U.S. 720 (1977). This motion is limited to arguments

8             that (1) SB Trust, MARTA, AASI and NECO do not have standing to bring Sherman

9             Act I Clayton Act claims under Illinois Brick, and (2) plaintiffs cannot prove

10            ownership and control over certain entities.

11       5.   All of Plaintiffs' claims against the Toshiba entities should be dismissed because they

12            are precluded by the judgment in *Best Buy Co., Inc. v. Toshiba Corp.*, Case No. 12-cv-

13            4114.

14   IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the

15   Court, that the following summary judgment topics identified by Plaintiffs will be in Phase 3:

16       1.   Certain Defendants participated in and/or are liable for the alleged conspiracy.

17       2.   Certain of Plaintiffs' alleged damages are allowable because Plaintiffs purchased LCD

18            Products from certain alleged affiliates of Defendants and co-conspirators, and such

19            alleged affiliates are owned or controlled by a Defendant or co-conspirator.

20   IT IS FURTHER STIPULATED among the Parties that the Parties will conclude

21   negotiations regarding and file stipulations regarding resolution or narrowing of any of the above

22   summary judgment motions no later than February 18, 2014;

23   IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence and

24   availability of the Court, that the following schedule will apply to any *Daubert* motions filed by

25   Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

26

27

28

| Last day to hold depositions of Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell | May 5, 2014 |
|---|---|
| Last day to file *Daubert* motions | May 29, 2014 |
| Last day to file oppositions to *Daubert* motions | July 10, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 21, 2014 |
| Hearing on *Daubert* motions | September 5, 2014 |

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence and availability of the Court, that the following schedule will apply to any *Daubert* motion as to any Track 2 expert except for Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| Last day to file *Daubert* motions | July 29, 2014 |
|---|---|
| Last day to file oppositions to *Daubert* motions | September 9, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | October 21, 2014 |
| Hearing on *Daubert* motions | November 7, 2014 |

Notwithstanding the schedule above, the Parties agree that any *Daubert* motion that regards any expert appearing only in a single case that will be remanded to a transferor court for trial purposes will be heard by that transferor court.

Dated: January 28, 2014

Respectfully submitted,

-5-

1

By: _____ */s/ Jerome A. Murphy* _____
Jeffrey H. Howard *(pro hac vice)*

2
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP

3
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004

4
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

5
Email: jhoward@crowell.com
        jmurphy@crowell.com

6

7
Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)

8
CROWELL & MORING LLP
515 South Flower Street, 40th Floor

9
Los Angeles, CA  90071
Telephone:  (213) 622-4750

10
Facsimile:  (213) 622-2690
Email: jmurray@crowell.com

11
        jlevine@crowell.com
        jstokes@crowell.com

12

13
Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*

14
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP

15
1875 Eye Street NW
Washington, DC  20006

16
Telephone:  (202) 580-8822
Facsimile:  (202) 580-8821

17
Email: adams@adamsholcomb.com
        holcomb@adamsholcomb.com
        leonardo@adamsholcomb.com

18

19
*Attorneys for Plaintiffs Jaco Electronics, Inc. and
Rockwell Automation, Inc., and Plaintiffs' Liaison
Counsel*

20

By: _____ */s/ Philip J. Iovieno* _____
William Isaacson (admitted *pro hac vice*)

21
Melissa Felder (admitted *pro hac vice*)

22
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800

23
Washington, DC  20015
Telephone:  (202) 237-2727

24
Facsimile:  (202) 237-6131
Email: wisaacson@bsfllp.com

25
        mfelder@bsfllp.com

26

27

28

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       lnikas@bsfllp.com
       cfenlon@basfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.;
Office Depot, Inc.; Interbond Corp. of America;
Schultze Agency Services, LLC; P.C. Richard & Son
Long Island Corporation; MARTA Cooperative of
America, Inc.; ABC Appliance Inc.; Tech Data Corp.
and Tech Data Product Management, Inc.; The AASI
Creditor Liquidating Trust; CompuCom Systems, Inc.;
and NECO Alliance LLC*

By:_____/s/ Robert W. Turken_____

Robert W. Turken
Mitchell E. Widon
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD
LLP
1450 Rickell Avenue, Suite 2300
Miami, FL  33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593
Email: rturken@bilzin.com
       mwidom@bilzin.com
       swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech
Data Product Management, Inc. and The AASI
Creditor Liquidating Trust*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____*/s/ H. Lee Godfrey*_____
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
Email: lgodfrey@susmangodfrey.com
           kmarks@susmangodfrey.com
           jross@susmangodfrey.com
           jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:   (206) 516-3883
Email: pfolse@susmangodfrey.com
           rblack@susmangodfrey.com
           jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ /s/ Marc M. Seltzer _____
   Marc M. Seltzer (54534)
   Steven G. Sklaver (237612)
   SUSMAN GODFREY LLP
   1901 Avenue of the Stars, Suite 950
   Los Angeles, CA  90067-6029
   Telephone:  (310) 789-3100
   Facsimile:  (310) 789-3150
   Email: mseltzer@susmangodfrey.com
      ssklaver@susmangodfrey.com

   Erica W. Harris
   SUSMAN GODFREY LLP
   1000 Louisiana, Suite 5100
   Houston, TX  77002-5096
   Telephone:  (713) 651-9366
   Facsimile:  (713) 654-6666
   Email: eharris@susmangodfrey.com

   *Attorneys for SB Liquidation Trust*

By: _____ /s/ James B. Baldinger _____
   James B. Baldinger
   Florida Bar No.: 869899
   jbaldinger@carltonfields.com
   Robert L. Ciotti
   Florida Bar No.: 333141
   rciotti@carltonfields.com
   David B. Esau
   Florida Bar No.: 650331
   desau@carltonfields.com
   CARLTON FIELDS, P.A.
   CityPlace Tower – Suite 1200
   525 Okeechobee Boulevard
   West Palm Beach, Florida 33401
   Telephone: (561) 659-7070
   Facsimile: (561) 659-7368

   *Counsel for TracFone Wireless, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:_____*/s/ Lee F. Berger*_____
     Holly A. House (State Bar No. 136045)
     Kevin C. McCann (State Bar No. 120874)
     Lee F. Berger (State Bar No. 222756)
     Sean Unger (State Bar No. 231694)
     PAUL HASTINGS LLP
     55 Second Street
     Twenty-Fourth Floor
     San Francisco, CA  94105
     Telephone:  (415) 856-7000
     Facsimile:   (415) 856-7100
     Email: kevinmccann@paulhastings.com
            hollyhouse@paulhastings.com
            leeberger@paulhastings.com
            seanunger@paulhastings.com

     Brad D. Brian (State Bar No. 079001)
     Jerome C. Roth (State Bar No. 159483)
     MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue
     Los Angeles, CA  90071-1560
     Telephone:  (213) 683-9100
     Facsimile:   (213) 687-3702
     Email:  Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG
Display America, Inc.*

By:_____*/s/ Stephen P. Freccero*_____
     Melvin R. Goldman (SBN 34097)
     Stephen P. Freccero (SBN 131093)
     Derek F. Foran (SBN 224569)
     MORRISON & FOERSTER LLP
     425 Market Street
     San Francisco, CA  94105
     Telephone:  (415) 268-7000
     Facsimile:   (415) 268-7522
     Email:  mgoldman@mofo.com
            sfreccero@mofo.com
            dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices
Corporation and Epson Electronics America, Inc.*

1

By: _____ */s/ Carl L. Blumenstein*
Carl L. Blumenstein (State Bar No. 124158)

2
Christopher A. Nedeau (State Bar No. 81297)
Farschad Farzan (State Bar No. 215194)

3
NOSSAMAN LLP
50 California Street, 34th Floor

4
San Francisco, CA  94111
Telephone:  (415) 398-3600

5
Facsimile:  ( 415) 398-2438
Email: cnedeau@nossaman.com

6
cblumenstein@nossaman.com
ffarzan@nossaman.com

7

*Attorneys for Defendants AU Optronics Corporation*

8
*and AU Optronics Corporation America*

9

By: _____ */s/ Christopher M. Curran*

10
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*

11
John H. Chung *(pro hac vice)*
WHITE & CASE LLP

12
1155 Avenue of the Americas
New York, NY  10036

13
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113

14
Email: ccurran@whitecase.com
mtoto@whitecase.com

15
jchung@whitecase.com

16

*Attorneys for Toshiba Corporation, Toshiba Mobile*
*Display Co., Ltd., Toshiba America Electronic*

17
*Components, Inc. and Toshiba America Information*
*Systems, Inc.*

18

19

20

21

22

23

24

25

26

27

28

-11-

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1

By: _____/s/ Neal A. Potischman_____
Neal A. Potischman (SBN 254862)

2
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP

3
1600 El Camino Real
Menlo Park, California 94025

4
Telephone:   (650) 752-2000
Facsimile:    (650) 752-2111

5

*Counsel for Chi Mei Optoelectronics Corporation*

6
*(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*
*and Chi Mei Optoelectronics USA, Inc. for the Office*

7
*Depot, Inc., Interbond Corp. of America, Schultze*
*Agency Services, LLC, P.C. Richard & Son Long*

8
*Island Corp., et al., Tech Data Corp., et al., The AASI*
*Creditor Liquidating Trust, CompuCom Systems, Inc.,*

9
*and NECO Alliance LLC Actions Only*

10

_____/s/ Michael R. Scott_____

11
Michael R. Scott (pro hac vice)
mrs@hcmp.com

12
Michael J. Ewart (pro hac vice)
mje@hcmp.com

13
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500

14
Seattle, WA 98101-2925
Telephone: (206) 623-1745

15
Facsimile: (206) 623-7789

16

*Counsel for Chi Mei Optoelectronics Corporation*

17
*(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*
*and Chi Mei Optoelectronics USA, Inc. for the*

18
*MetroPCS Wireless, Inc. Action Only*

19

By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)

20
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)

21
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300

22
San Francisco, CA  94104
Telephone:  (415) 795-2050

23
Email: wfarmer@fbj-law.com

24
dbrownstein@fbj-law.com
jalpren@fbj-law.com

25

*Counsel for Chunghwa Picture Tubes, Ltd. in the*
*MetroPCS Wireless Action Only*

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____/s/ Rachel S. Brass_____
     Rachel S. Brass (SBN 219301)
     Joel S. Sanders (SBN 107234)
     Austin V. Schwing (SBN 211696)
     GIBSON, DUNN & CRUTCHER LLP
     555 Mission Street, Suite 3000
     San Francisco, California 94105
     (415) 393-8200 / (415) 393-8306
     *jsanders@gibsondunn.com*
     *rbrass@gibsondunn.com*

     *Attorneys for Defendants Chunghwa Picture Tubes,*
     *Ltd. in the Office Depot, Jaco Electronics, TracFone,*
     *Interbond, Schultze Agency Services, PC Richard,*
     *Tech Data, AASI Creditor Liquidating Trust, and*
     *CompuCom Actions Only*

By: _____/s/ Harrison J. Frahn IV_____
     James G. Kreissman (SBN 206740)
     Harrison J. Frahn IV (SBN 206822)
     Jason M. Bussey (SBN 227185)
     Elizabeth A. Gillen (SBN 260667)
     Melissa D. Schmidt (SBN 266487)
     SIMPSON THACHER & BARTLETT LLP
     2475 Hanover St.
     Palo Alto, California 94304
     Telephone: (650) 251-5000
     Facsimile: (650) 251-5001
     jkreissman@stblaw.com
     hfrahn@stblaw.com
     jbussey@stblaw.com
     egillen@stblaw.com
     melissa.schmidt@stblaw.com

     *Attorneys for Defendant HannStar Display*
     *Corporation*

By: _____/s/ Jacob R. Sorensen_____
     Jacob R. Sorensen (SBN 209134)
     John M. Grenfell (SBN 88500)
     Fusae Nara (*pro hac vice*)
     Andrew D. Lanphere (SBN 191479)
     PILLSBURY WINTHROP SHAW PITTMAN LLP
     Four Embarcadero Center, 22nd Floor
     San Francisco, CA  94111
     Telephone:  (415) 983-1000
     Facsimile:  (415) 983-1200
     Email: john.grenfell@pillsburylaw.com
           jake.sorensen@pillsburylaw.com
           fusae.nara@pillsburylaw.com
           andrew.lanphere@pillsburylaw.com

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

1

By: _____ */s/ Michael W. Scarborough* _____
   Michael W. Scarborough (SBN 203524)
2   SHEPPARD MULLIN RICHTER & HAMPTON
   Four Embarcadero Center, 17th Floor
3   San Francisco, CA  94111
   Telephone:  (415) 434-9100
4   Facsimile:  (415) 434-3947
   Email:  mscarborough@sheppardmullin.com
5
   *Attorneys for Defendants Samsung SDI America, Inc.*
6   *and Samsung SDI Co., Ltd.*

7

By: _____ */s/ Kent M. Roger* _____
8   Kent M. Roger (Bar No. 95987)
   MORGAN LEWIS & BOCKIUS LLP
9   One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10   Telephone:  (415) 442-1000
   Facsimile:  (415) 442-1001
11   Email:  kroger@morganlewis.com

12   *Attorneys for Defendants Hitachi, Ltd., Hitachi*
   *Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*
13   *Electronic Devices (USA), Inc.*

14

By: _____ */s/ Stephen Holbrook Sutro* _____
15   George Dominic Niespolo
   Stephen Holbrook Sutro
16   DUANE MORRIS LLP
   One Market , Spear Tower, Suite 2200
17   San Francisco, CA  94105
   Telephone:  (415) 957-3010
18   Facsimile:  (415) 957-3001
   Email:  gdniespolo@duanemorris.com
19         shsutro@duanemorris.com

20   *Attorneys for NEC Corporation, NEC LCD*
   *Technologies, Ltd., and Renesas Electronics America,*
21   *Inc.*

22

23

24

25

26

27

28

Case No. M:07-md-01827-SI          -14-          STIPULATION AND [PROPOSED] ORDER
                                                 REGARDING SUMMARY JUDGMENT
                                                 SCHEDULE

1   Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

2   document has been obtained from each of the above signatories.

3   **IT IS SO ORDERED.**

4

5

6   Dated: _____ 1/28/14          _____

7                                            Hon. Susan Illston
                                             United States District Judge
8

9   LEGAL_US_W # 77542011

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE