1  Carl L. Blumenstein (CA Bar No. 124158)
   NOSSAMAN LLP
2  50 California Street, 34th Floor
   San Francisco, CA 94111
3  Telephone:  (415) 398-3600
   Facsimile:   (415) 398-2438
4  Email: cblumenstein@nossaman.com

5  *Defendants' Liaison Counsel*

6  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
7  30 South Pearl Street, 11th Floor
   Albany, NY 12207
8  Telephone:  (518) 434-0600
   Facsimile:   (518) 434-0665
9  Email: piovieno@bsfllp.com

10 *Attorneys for Certain Direct Action Plaintiffs*

11 [additional counsel listed on the signature page]

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16
   IN RE: TFT-LCD (FLAT PANEL)              CASE NO. M:07-md-01827-SI
17 ANTITRUST LITIGATION
                                            MDL NO. 1827
18

19 This Document Relates to:               CASE NOS. 3:10-cv-05458-SI;
                                           3:11-cv-0829-SI; 3:11-cv-02225-SI;
20 *SB Liquidation Trust v. AU Optronics Corp.,*   3:11-cv-03763-SI; 3:11-cv-03856-SI;
   *et al.*, 3:10-cv-05458-SI              3:11-cv-04119-SI; 3:11-cv-05765-SI;
21                                         3:11-cv-05781-SI; 3:11-cv-06241-SI;
   *MetroPCS Wireless, Inc. v. AU Optronics*   3:12-cv-01426-SI; 3:10-cv-05625-SI
22 *Corp., et al.*, 3:11-cv-00829-SI

23 *Office Depot, Inc. v. AU Optronics Corp., et*   **STIPULATION AND [PROPOSED]**
   *al.*, 3:11-cv-02225-SI                 **ORDER REGARDING TRACK 2**
24                                         **EXPERT DEPOSITIONS AND**
                                           **DAUBERT MOTIONS SCHEDULE**
25

26

27

28

1  *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,

4  3:11-cv-03856-SI

5  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-

6  SI

7  *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8

9  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-

10  SI

11  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

12

13  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

14  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics*

15  *Corp., et al.*, 3:10-cv-05625-SI

16

17            Plaintiffs and Defendants in the above-captioned cases (collectively, the "Parties") state as

18  follows:

19            The Parties have met and conferred in good faith regarding the scheduling of Plaintiffs'

20  experts' depositions, and recognize that the experts' schedules make it difficult to hold

21  depositions during the time period set out in the Stipulation and Order Regarding Summary

22  Judgment Schedule (entered January 28, 2014) ("Scheduling Order"); and

23            The Parties have agreed to a one week extension to the deadline for expert depositions and

24  *Daubert* motions to accommodate Plaintiffs' experts' schedules;

25            NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that, subject to the

26  Court's concurrence and availability, that the Scheduling Order is amended such that the

27  following schedule will apply to the rebuttal depositions of Plaintiffs' experts and to any *Daubert*

28

STIPULATION AND [PROPOSED] ORDER
REGARDING TRACK 2 EXPERT DEPOSITIONS            -1-
AND DAUBERT MOTIONS SCHEDULE                                          CASE NO. M:07-MD-01827-SI

1   motions filed by Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and

2   Mr. Stowell:

3

| Last day to hold depositions of Dr. Bernheim, Dr. Fontecchio, and Mr. Stowell | May 12, 2014 |
|---|---|
| Last day to file *Daubert* motions | June 5, 2014 |
| Last day to file oppositions to *Daubert* motions | July 17, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 28, 2014 |
| Hearing on *Daubert* motions | September 12, 2014 |

9

10       The Parties do not intend any other amendment to the Scheduling Order.

11

12   Dated: April 4, 2014

                              Respectfully submitted,

13

14                    By:_____/s/ Philip J. Iovieno_____
                              William Isaacson (admitted *pro hac vice*)
15                            BOIES, SCHILLER & FLEXNER LLP
                              5301 Wisconsin Avenue NW, Suite 800
16                            Washington, DC  20015
                              Telephone:  (202) 237-2727
17                            Facsimile:  (202) 237-6131
                              Email: wisaacson@bsfllp.com
18

19                            Philip J. Iovieno (admitted *pro hac vice*)
                              Anne M. Nardacci (admitted *pro hac vice*)
20                            BOIES, SCHILLER & FLEXNER LLP
                              30 South Pearl Street, 11th Floor
21                            Albany, NY  12207
                              Telephone:  (518) 434-0600
22                            Facsimile:  (518) 434-0665
                              Email: piovieno@bsfllp.com
23                                    anardacci@bsfllp.com

24                            *Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*
                              *Office Depot, Inc.; Interbond Corp. of America;*
25                            *Schultze Agency Services, LLC; P.C. Richard & Son*
                              *Long Island Corporation; MARTA Cooperative of*
26                            *America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
                              *and Tech Data Product Management, Inc.; The AASI*
27                            *Creditor Liquidating Trust; CompuCom Systems, Inc.;*
                              *and NECO Alliance LLC*

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -2-
**AND DAUBERT MOTIONS SCHEDULE**                              CASE NO. M:07-MD-01827-SI

1

2          By:_____*/s/ Scott N. Wagner*_____
                Robert W. Turken
3               Mitchell E. Widom
                Scott N. Wagner
                BILZIN SUMBERG BAENA PRICE & AXELROD
4               LLP
                1450 Brickell Avenue, Suite 2300
5               Miami, FL  33131-3456
                Telephone:  (305) 374-7580
6               Facsimile:  (305) 374-7593
                Email: rturken@bilzin.com
7                      mwidom@bilzin.com
                       swagner@bilzin.com
8
                *Attorneys for Plaintiffs Tech Data Corp. and Tech*
9               *Data Product Management, Inc. and The AASI*
                *Creditor Liquidating Trust*
10

11         By:_____*/s/ H. Lee Godfrey*_____
                H. Lee Godfrey
12              Kenneth S. Marks
                Jonathan J. Ross
13              Johnny W. Carter
                SUSMAN GODFREY L.L.P.
14              1000 Louisiana Street, Suite 5100
                Houston, TX  77002
15              Telephone:  (713) 651-9366
                Facsimile:  (713) 654-6666
16              Email: lgodfrey@susmangodfrey.com
                       kmarks@susmangodfrey.com
17                     jross@susmangodfrey.com
                       jcarter@susmangodfrey.com
18
                Parker C. Folse III
19              Rachel S. Black
                Jordan Connors
20              SUSMAN GODFREY L.L.P.
                1201 Third Avenue, Suite 3800
21              Seattle, WA  98101-3000
                Telephone:  (206) 516-3880
22              Facsimile:  (206) 516-3883
                Email: pfolse@susmangodfrey.com
23                     rblack@susmangodfrey.com
                       jconnors@susmangodfrey.com
24
                *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of*
25              *the Circuit City Stores, Inc. Liquidating Trust*

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -3-
**AND DAUBERT MOTIONS SCHEDULE**                              CASE NO. M:07-MD-01827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:_____/s/ Marc M. Seltzer_____
        Marc M. Seltzer (54534)
        Steven G. Sklaver (237612)
        SUSMAN GODFREY LLP
        1901 Avenue of the Stars, Suite 950
        Los Angeles, CA  90067-6029
        Telephone:  (310) 789-3100
        Facsimile:   (310) 789-3150
        Email: mseltzer@susmangodfrey.com
                 ssklaver@susmangodfrey.com

        Erica W. Harris
        SUSMAN GODFREY LLP
        1000 Louisiana, Suite 5100
        Houston, TX  77002-5096
        Telephone:  (713) 651-9366
        Facsimile:   (713) 654-6666
        Email: eharris@susmangodfrey.com

        *Attorneys for SB Liquidation Trust*


By:_____/s/ James B. Baldinger_____
        James B. Baldinger
        Florida Bar No.: 869899
        jbaldinger@carltonfields.com
        Robert L. Ciotti
        Florida Bar No.: 333141
        rciotti@carltonfields.com
        David B. Esau
        Florida Bar No.: 650331
        desau@carltonfields.com
        CARLTON FIELDS, P.A.
        CityPlace Tower – Suite 1200
        525 Okeechobee Boulevard
        West Palm Beach, Florida 33401
        Telephone: (561) 659-7070
        Facsimile: (561) 659-7368

        *Counsel for TracFone Wireless, Inc.*

1
        By:           */s/ Lee F. Berger*
           Holly A. House (State Bar No. 136045)
2
           Kevin C. McCann (State Bar No. 120874)
           Lee F. Berger (State Bar No. 222756)
3
           Sean Unger (State Bar No. 231694)
           PAUL HASTINGS LLP
4
           55 Second Street
           Twenty-Fourth Floor
5
           San Francisco, CA  94105
           Telephone:  (415) 856-7000
6
           Facsimile:   (415) 856-7100
           Email: kevinmccann@paulhastings.com
7
                 hollyhouse@paulhastings.com
                 leeberger@paulhastings.com
8
                 seanunger@paulhastings.com

9
           Brad D. Brian (State Bar No. 079001)
           Jerome C. Roth (State Bar No. 159483)
10
           MUNGER, TOLLES & OLSON LLP
           355 South Grand Avenue
11
           Los Angeles, CA  90071-1560
           Telephone:  (213) 683-9100
12
           Facsimile:   (213) 687-3702
           Email:  Brad.Brian@mto.com
13

           *Attorneys for Defendants LG Display Co., Ltd. and LG*
14
           *Display America, Inc.*

15
        By:           */s/ Stephen P. Freccero*
16
           Melvin R. Goldman (SBN 34097)
           Stephen P. Freccero (SBN 131093)
17
           Derek F. Foran (SBN 224569)
           MORRISON & FOERSTER LLP
18
           425 Market Street
           San Francisco, CA  94105
19
           Telephone:  (415) 268-7000
           Facsimile:   (415) 268-7522
20
           Email:  mgoldman@mofo.com
                 sfreccero@mofo.com
21
                 dforan@mofo.com

22
           *Attorneys for Defendants Epson Imaging Devices*
           *Corporation and Epson Electronics America, Inc.*
23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER
REGARDING TRACK 2 EXPERT DEPOSITIONS**    -5-
**AND DAUBERT MOTIONS SCHEDULE**                     CASE NO. M:07-MD-01827-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _____ */s/ Carl L. Blumenstein* _____
   Carl L. Blumenstein (State Bar No. 124158)
   Christopher A. Nedeau (State Bar No. 81297)
   Farschad Farzan (State Bar No. 215194)
   NOSSAMAN LLP
   50 California Street, 34th Floor
   San Francisco, CA  94111
   Telephone:  (415) 398-3600
   Facsimile:  ( 415) 398-2438
   Email: cnedeau@nossaman.com
        cblumenstein@nossaman.com
        ffarzan@nossaman.com

   *Attorneys for Defendants AU Optronics Corporation*
   *and AU Optronics Corporation America*

By: _____ */s/ Christopher M. Curran* _____
   Christopher M. Curran *(pro hac vice)*
   Martin M. Toto *(pro hac vice)*
   John H. Chung *(pro hac vice)*
   WHITE & CASE LLP
   1155 Avenue of the Americas
   New York, NY  10036
   Telephone:  (212) 819-8200
   Facsimile:  (212) 354-8113
   Email: ccurran@whitecase.com
        mtoto@whitecase.com
        jchung@whitecase.com

   *Attorneys for Toshiba Corporation, Toshiba Mobile*
   *Display Co., Ltd., Toshiba America Electronic*
   *Components, Inc. and Toshiba America Information*
   *Systems, Inc.*

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -6-
**AND DAUBERT MOTIONS SCHEDULE**

CASE NO. M:07-MD-01827-SI

1       By:   */s/ Neal A. Potischman*
         Neal A. Potischman (SBN 254862)
2         neal.potischman@davispolk.com
         DAVIS POLK & WARDWELL LLP
3         1600 El Camino Real
         Menlo Park, California 94025
4         Telephone:   (650) 752-2000
         Facsimile:   (650) 752-2111
5

6         *Counsel for Defendants Chi Mei Optoelectronics*
         *Corp. (n/k/a Innolux Corporation), Chi Mei*
7         *Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*
         *for the Office Depot, Inc., Interbond Corp. of America,*
8         *Schultze Agency Services, LLC, P.C. Richard & Son*
         *Long Island Corp., et al., Tech Data Corp., et al., The*
9         *AASI Creditor Liquidating Trust, CompuCom Systems,*
         *Inc., and NECO Alliance LLC Actions Only*

10         */s/ Michael R. Scott*
         Michael R. Scott (pro hac vice)
11         mrs@hcmp.com
         Michael J. Ewart (pro hac vice)
12         mje@hcmp.com
         HILLIS CLARK MARTIN & PETERSON P.S.
13         1221 Second Avenue, Suite 500
         Seattle, WA 98101-2925
14         Telephone: (206) 623-1745
         Facsimile: (206) 623-7789
15

16         *Counsel for Chi Mei Optoelectronics Corporation*
         *(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,*
17         *and Chi Mei Optoelectronics USA, Inc. for the*
         *MetroPCS Wireless, Inc. Action Only*

18

19       By:  */s/ William S. Farmer*
         William S. Farmer (SBN 46694)
20         David C. Brownstein (SBN 141929)
         Jacob P. Alpren (SBN 235713)
21         Farmer Brownstein Jaeger LLP
         235 Pine Street, Suite 1300
22         San Francisco, CA  94104
         Telephone:  (415) 795-2050
23         Email: wfarmer@fbj-law.com
           dbrownstein@fbj-law.com
           jalpren@fbj-law.com
24

25         *Counsel for Chunghwa Picture Tubes, Ltd. in the*
         *MetroPCS Wireless Action Only*

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**  -7-
**AND DAUBERT MOTIONS SCHEDULE**        CASE NO. M:07-MD-01827-SI

1

By: _____ /s/ Rachel S. Brass _____
Rachel S. Brass (SBN 219301)

2
Joel S. Sanders (SBN 107234)
Austin V. Schwing (SBN 211696)

3
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000

4
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306

5
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

6

7
*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the Office Depot, Jaco Electronics, TracFone, Interbond, Schultze Agency Services, PC Richard,*

8
*Tech Data, AASI Creditor Liquidating Trust, and CompuCom Actions Only*

9

By: _____ /s/ Harrison J. Frahn IV _____

10
James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)

11
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)

12
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP

13
2475 Hanover St.
Palo Alto, California 94304

14
Telephone: (650) 251-5000
Facsimile: (650) 251-5001

15
jkreissman@stblaw.com
hfrahn@stblaw.com

16
jbussey@stblaw.com
egillen@stblaw.com

17
melissa.schmidt@stblaw.com

18
*Attorneys for Defendant HannStar Display Corporation*

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**       -8-
**AND DAUBERT MOTIONS SCHEDULE**

1

By: _____ */s/ Jacob R. Sorensen* _____
   Jacob R. Sorensen (SBN 209134)
2   John M. Grenfell (SBN 88500)
   Fusae Nara (*pro hac vice*)
3   Andrew D. Lanphere (SBN 191479)
   PILLSBURY WINTHROP SHAW PITTMAN LLP
4   Four Embarcadero Center, 22nd Floor
   San Francisco, CA  94111
5   Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
6   Email: john.grenfell@pillsburylaw.com
         jake.sorensen@pillsburylaw.com
7         fusae.nara@pillsburylaw.com
         andrew.lanphere@pillsburylaw.com
8
   *Attorneys for Defendants Sharp Corporation and*
9   *Sharp Electronics Corporation*

10  By: _____ */s/ Kent M. Roger* _____
   Kent M. Roger (Bar No. 95987)
11   MORGAN LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
12   San Francisco, CA  94105-1126
   Telephone:  (415) 442-1000
13   Facsimile:  (415) 442-1001
   Email:  kroger@morganlewis.com
14
   *Attorneys for Defendants Hitachi, Ltd., Hitachi*
15   *Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*
   *Electronic Devices (USA), Inc.*
16

17  By: _____ */s/ Stephen Holbrook Sutro* _____
   George Dominic Niespolo
18   Stephen Holbrook Sutro
   DUANE MORRIS LLP
19   One Market , Spear Tower, Suite 2200
   San Francisco, CA  94105
20   Telephone:  (415) 957-3010
   Facsimile:  (415) 957-3001
21   Email:  gdniespolo@duanemorris.com
         shsutro@duanemorris.com
22
   *Attorneys for NEC Corporation, NEC LCD*
23   *Technologies, Ltd., and Renesas Electronics America,*
   *Inc.*
24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**          -9-
**AND DAUBERT MOTIONS SCHEDULE**                                        CASE NO. M:07-MD-01827-SI

1   Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

2   document has been obtained from each of the above signatories.

3   **IT IS SO ORDERED.**

4

5

6   Dated: _____4/7/14_____                    _____

7                                                              Hon. Susan Illston
                                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28