1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8

**United States District Court**
**For the Northern District of California**

9   IN RE: TFT-LCD (FLAT PANEL) ANTITRUST          No. M 07-1827 SI
    LITIGATION                                      MDL. No. 1827
10  _____/
11
    This Order Relates to:                          **ORDER SUGGESTING REMAND TO**
12                                                   **TRANSFEROR COURTS**
    *The AASI Creditor Liquidating Trust, by and*
13  *through Kenneth A. Welt, Liquidating Trustee v.*
    *AU Optronics, et al.*, Case No. 3:11-cv-5781 SI
14
    *CompuCom Systems, Inc. v. AU Optronics Corp.,*
15  *et al.*, Case No. 3:11-cv-6241 SI

16  *Interbond Corp. of America v. AU Optronics*
    *Corp., et al.*, Case No. 3:11-cv-3763 SI
17
    *MetroPCS Wireless, Inc. v. AU Optronics Corp.,*
18  *et al.*, Case No. 3:11-cv-829 SI

19  *Office Depot, Inc. v. AU Optronics Corp., et al.*,
    Case No. 3:11-cv-2225 SI
20
    *Tech Data Corp., et al. v. AU Optronics Corp., et*
21  *al.*, Case No. 3:11-cv-5765 SI

22  *Tracfone Wireless, Inc. v. AU Optronics Corp., et*
    *al.*, Case No. 3:10-cv-3205 SI
23
24  _____/
25
26          The Judicial Panel on Multidistrict Litigation (JPML) transferred to this Court for coordinated
27  pretrial proceedings numerous antitrust actions relating to an alleged conspiracy to fix the prices for thin
28  film transistor-liquid crystal display (TFT-LCD) panels, which are used in computer monitors, flat panel

**United States District Court**
**For the Northern District of California**

1    television sets, and other electronic devices.  The above-captioned actions were among the cases

2    transferred to this Court pursuant to the JPML's April 20, 2007 transfer order and this Court's July 3,

3    2007 related case pretrial order #1.

4

5         Title 28 U.S.C. § 1407(a), pursuant to which these cases were transferred here, provides in

6    relevant part:

> When civil actions involving one or more common questions of fact are pending
> in different districts, such actions may be transferred to any district for
> coordinated or consolidated pretrial proceedings. Such transfers shall be made by
> the judicial panel on multidistrict litigation ... upon its determination that transfers
> for such proceedings will be for the convenience of parties and witnesses and will
> promote the just and efficient conduct of such actions. *Each action so transferred*
> *shall be remanded by the panel at or before the conclusion of such pretrial*
> *proceedings to the district from which it was transferred unless it shall have been*
> *previously terminated.*

12   (emphasis added).  Once "coordinated or consolidated pretrial proceedings" have been completed in the

13   transferee court, the transferred cases must be remanded to their original courts (whether for trial or

14   otherwise).  *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 28 (1998).  The

15   authority to do so, however, rests entirely with the JPML; this Court lacks the power to remand an action

16   transferred to it under Section 1407.  *See id.* (noting § 1407(a) "imposes a duty on the Panel to remand

17   any such action to the original district 'at or before the conclusion of such pretrial proceedings'").  The

18   transferee judge may recommend remand of an action to the transferor court by filing a suggestion of

19   remand with the Panel.  *See* Panel Rule 10.1(b)(i).

20

21        The Court concludes that the purposes behind consolidating these related actions in this Court

22   have now been served.  The Court has addressed numerous discovery disputes, dispositive motions, and

23   other pretrial issues involving facts and legal questions common to the various cases in this MDL

24   proceeding. No further pretrial motions raising common questions are pending in these cases, and

25   remand to the transferor courts appears to be in the interest of judicial efficiency.

26

27   ///

28   ///

2

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, pursuant to Rule 10.1(b)(I) of the Rules of the Judicial Panel on Multidistrict Litigation, the Court SUGGESTS that the Panel REMAND the following cases to their transferor courts:

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics, et al.*, Case No. 3:11-cv-5781 SI

*CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-6241 SI

*Interbond Corp. of America v. AU Optronics Corp., et al.*, Case No. 3:11-cv-3763 SI

*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-829 SI

*Office Depot, Inc. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-2225 SI

*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, Case No. 3:11-cv-5765 SI

*Tracfone Wireless, Inc. v. AU Optronics Corp., et al.*, Case No. 3:10-cv-3205 SI.

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
SUSAN ILLSTON
United States District Judge

3